| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>―――――――――――――――――――――――<br>William S. Wolfson, Esq., LLC<br>260 U.S. Highway 202/31<br>Suite 1100<br>Flemington, NJ 08822<br>908 782-9333<br>Attorney for Debtors | **Order Filed on August 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Reginald and Naeemah Sainte-Rose, Debtors | Case No.:     16-25152<br><br>Chapter:          13<br><br>Judge:    Christine M. Gravelle |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 1, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/6/17_____ :

Property:       777 Backhus Estate Road, Glen Gardner, NJ

Creditor:       Cenlar/FSB/Lakeview/Bayview

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtors' counsel_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____9/30/17 nunc pro tunc_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-25152-CMG
Reginald Sainte-Rose                                                  Chapter 13
Naeemah Sainte-Rose
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1             Date Rcvd: Aug 01, 2017
                              Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.
db/jdb        Reginald Sainte-Rose,   Naeemah Sainte-Rose,   777 Backhus Estate Road,
              Glen Gardner, NJ  08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dnj@pbslaw.org
              William S. Wolfson    on behalf of Debtor Reginald   Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Joint Debtor Naeemah   Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                                   TOTAL: 4