# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25152−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Reginald Sainte−Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826−2203

Naeemah Sainte−Rose
aka Naeemah Kai Sainte−Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826−2203

Social Security No.:
xxx−xx−2478        xxx−xx−0924

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     2/21/18
Time:     12:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William S. Wolfson, Esq., Debtors Attorney

COMMISSION OR FEES
$1,250.00

EXPENSES
$13.47

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 24, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-25152-CMG
Reginald Sainte-Rose                                                    Chapter 13
Naeemah Sainte-Rose
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 24, 2018
                              Form ID: 137             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db/jdb         Reginald Sainte-Rose,   Naeemah Sainte-Rose,   777 Backhus Estate Road,
                 Glen Gardner, NJ 08826-2203
lm            +Cenlar,   7 Graphics Drive,   Ewing, NJ 08628-1547
cr            +Lakeview Loan Servicing, LLC, c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516327573     +Amex Dsnb,   PO Box 8218,   Mason, OH 45040-8218
516327576    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
516327574     +Bank Of America,   c/o Frederic I Weinberg, Esq.,   1200 Laurel Oak Road,   Ste 104,
                 Voorhees, NJ 08043-4317
516532077     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516327577     +Cap 1/Best Buy,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
516327578      Cap One NA,   PO Box 71083,   Charlotte, NC 28272-1083
516361777      Capital One, N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516803207     +Cenlar FSB,   Attn BK Dept.,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516327580     +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516327581     +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
516543191      Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
516327585      Dsnb Macys,   911 Duke Blvd,   Mason, OH 45040
516327588     +Faloni & Associates, LLC,   165 Passaic Ave, Suite 301B,   Fairfield, NJ 07004-3592
516327589     +Goodyear/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
516327591     +Lakeview Loan Servicing,   1301 Virginia Drive,   Fort Washington, PA 19034-3231
516497933     +Lakeview Loan Servicing LLC,   c/o Cenlar FSB,   Attn: BK Department,   425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
516327595     +NJ Motor Vehicle Commission,   Surcharge Administration Office,   PO Box 136,
                 Trenton, NJ 08601-0136
516336403      Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
516327593      Nissan Motor Acceptance Corporation,   PO Box 660360,   Dallas, TX 75266-0360
516327594    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,   50 Barracks Street,   PO Box 269,
                 Trenton, NJ 08695)
516327599     +Sunoco/Citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
516327601     +Wfds/wds,   PO Box 1697,   Winterville, NC 28590-1697
516327602     +Zwicker & Associates, P.C.,   1105 Laurel Oak Road, Suite 130,   Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2018 23:40:41      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2018 23:40:38      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516506263      E-mail/Text: ally@ebn.phinsolutions.com Jan 24 2018 23:39:49      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
516327572     +E-mail/Text: ally@ebn.phinsolutions.com Jan 24 2018 23:39:49      Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
516432080      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2018 23:42:36      CACH, LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
516327579     +E-mail/Text: kzoepfel@credit-control.com Jan 24 2018 23:40:43
                 Central Loan Admin & Reporting,   425 Phillips Blvd,   Ewing, NJ 08618-1430
516327582     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2018 23:40:37      Citifinancial,
                 c/o Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516339221      E-mail/Text: mrdiscen@discover.com Jan 24 2018 23:39:51      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516327583     +E-mail/Text: mrdiscen@discover.com Jan 24 2018 23:39:51      Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
516327587     +E-mail/Text: bbagley@enerbankusa.com Jan 24 2018 23:40:16      Enerbank Usa,
                 1945 W Parnall Rd Ste 22,   Jackson, MI 49201-8658
516327590     +E-mail/Text: cio.bncmail@irs.gov Jan 24 2018 23:40:04      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516454439      E-mail/Text: bankruptcynotice@nymcu.org Jan 24 2018 23:41:06      MUNICIPAL CREDIT UNION,
                 COLLECTIONS/LOSS PREVENTION DEPT.,   22 CORTLANDT ST 24 FL,   NEW YORK, NY 10007-3153
516327592      E-mail/Text: bankruptcynotice@nymcu.org Jan 24 2018 23:41:06      Municipal Credit Union,
                 185 Montague St,   Brooklyn, NY 11201
516456953     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2018 23:40:37      Midland Funding LLC,
                 PO Box 2011,   Warren MI 48090-2011
516858097      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2018 23:43:39
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
516858098      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2018 23:43:38
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
516548076      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2018 23:43:39
                 Portfolio Recovery Associates, LLC,   c/o Goodyear,   POB 41067,   Norfolk VA 23541

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jan 24, 2018
                              Form ID: 137             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516327597      +E-mail/Text: bankruptcy@prosper.com Jan 24 2018 23:41:14      Prosper Marketplace In,
                 101 Second St, Ste 1500,    San Francisco, CA 94105-3656
516548512      +E-mail/Text: bncmail@w-legal.com Jan 24 2018 23:40:49      Prosper Marketplace Inc.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
516364390       E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2018 23:40:27
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516437154       E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2018 23:40:27
                 Quantum3 Group LLC as agent for,    Icon Equities LLC,    PO Box 788,    Kirkland, WA  98083-0788
516369906       E-mail/PDF: cbp@onemainfinancial.com Jan 24 2018 23:42:21      SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516327598       E-mail/PDF: cbp@onemainfinancial.com Jan 24 2018 23:43:18      Springleaf Financial,
                 601 NW 2nd St,    Evansville, IN 47708
516327600      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2018 23:42:39      Synchrony Bank,
                 c/o Cach LLC,    4340 S Monaco Street,    Denver, CO 80237-3485
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517029062      Lakeview Loan Servicing LLC,    P.O. Box 62182,Baltimore,MD 21264,    Lakeview Loan Servicing LLC,
                 P.O. Box 62182,Baltimore,MD 21264
517029061      Lakeview Loan Servicing LLC,    P.O. Box 62182,Baltimore,MD 21264
516327575*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
516327584*    +Discover Fin Svcs LLC,    PO Box 15316,    Wilmington, DE 19850-5316
516327586*     Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
516327596*    +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                 Trenton, NJ 08601-0136
                                                                                 TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dnj@pbslaw.org
              William S. Wolfson    on behalf of Debtor Reginald  Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Joint Debtor Naeemah  Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                               TOTAL: 7
```