| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>William S. Wolfson, Esq.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822<br>Attorney for Debtor<br>908 782-9333<br>Our File No.: 1140.57126<br>WW4019 | Order Filed on February 22, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Reginald Sainte-Rose and Neeamah Sainte-Rose, Debtors | Case No.:      16-25152<br>Chapter:           13<br>Judge:          Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 22, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____1,250.00_____ for services rendered and expenses in the amount of $_____13.47_____ for a total of $_____1,263.47_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,330.50____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*