UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1140.57126
WW4019

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reginald Sainte-Rose and Neeamah Sainte-Rose, Debtors

Case No.: 16-25152

Chapter: 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 22, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____1,250.00_____ for services rendered and expenses in the amount of $_____13.47_____ for a total of $_____1,263.47_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,330.50_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Reginald Sainte-Rose  
Naeemah Sainte-Rose  
    Debtors

Case No. 16-25152-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 22, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.  
db/jdb        Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,    Glen Gardner, NJ   08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:  
        Albert Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB dnj@pbslaw.org  
        William S. Wolfson    on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
        William S. Wolfson    on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
                       TOTAL: 7