| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 16-25152 / CMG**

Reginald Sainte-Rose  
Naeemah Sainte-Rose  
777 Backhus Estate Road  
Glen Gardner  NJ    08826-2203

Petition Filed Date: 08/08/2016  
341 Hearing Date: 09/15/2016  
Confirmation Date: 12/07/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2017 | $1,285.87 | 36730360 - | 03/01/2017 | $1,285.87 | 37519560 - | 03/31/2017 | $1,285.87 | 38378240 - |
| 05/01/2017 | $1,285.87 | 39174170 - | 06/01/2017 | $1,285.87 | 40055360 - | 07/03/2017 | $1,301.09 | 40868160 - |
| 08/01/2017 | $1,301.09 | 41682990 | 09/15/2017 | $1,301.09 | 42840900 | 10/13/2017 | $1,301.09 | 43613380 |
| 11/16/2017 | $1,301.09 | 44460760 | 12/15/2017 | $1,301.09 | 45201430 | 01/18/2018 | $1,301.09 | 46011190 |

**Total Receipts for the Period: $15,536.98   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,677.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Reginald Sainte-Rose | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2013 NISSAN ROGUE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2015 | Priority Crediors | $2,694.65 | $0.00 | $2,694.65 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011-2012 | Unsecured Creditors | $12,465.26 | $0.00 | $12,465.26 |
| 4 | DISCOVER BANK | Unsecured Creditors | $6,445.14 | $0.00 | $6,445.14 |
| 5 | DISCOVER BANK | Unsecured Creditors | $5,946.81 | $0.00 | $5,946.81 |
| 6 | ENERBANK USA | Unsecured Creditors | $7,218.00 | $0.00 | $7,218.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.53 | $0.00 | $1,722.53 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SEARS | Unsecured Creditors | $3,835.82 | $0.00 | $3,835.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SPRINGLEAF | Unsecured Creditors | $7,675.80 | $0.00 | $7,675.80 |
| 10 | CACH LLC<br>»»  SYNCHRONY | Unsecured Creditors | $1,863.04 | $0.00 | $1,863.04 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CITI | Unsecured Creditors | $2,116.20 | $0.00 | $2,116.20 |
| 12 | MUNICIPAL CREDIT UNION | Unsecured Creditors | $964.65 | $0.00 | $964.65 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK | Unsecured Creditors | $1,831.94 | $0.00 | $1,831.94 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIFINANCIAL | Unsecured Creditors | $6,648.62 | $0.00 | $6,648.62 |
| 15 | LAKEVIEW LOAN SERVICING<br>»»  P/777 BACKHUS ESTATE RD/1ST MTG/CONS ORD 12/8/16 | Mortgage Arrears | $50,427.09 | $11,264.46 | $39,162.63 |

**Chapter 13 Case No. 16-25152 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | ALLY FINANCIAL<br>»» 2011 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA | Unsecured Creditors | $17,940.53 | $0.00 | $17,940.53 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $143.07 | $0.00 | $143.07 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $1,093.28 | $0.00 | $1,093.28 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $280.63 | $0.00 | $280.63 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $1,668.47 | $0.00 | $1,668.47 |
| 22 | PROSPER MARKETPLACE INC.<br>»» WEBBANK | Unsecured Creditors | $15,752.84 | $0.00 | $15,752.84 |
| 23 | -- | | $0.00 | $0.00 | $0.00 |
| 24 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $12,158.88 | $2,716.05 | $9,442.83 |
| 25 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 1/19/17 | Attorney Fees | $1,392.45 | $1,392.45 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 5/31/17 | Attorney Fees | $760.90 | $760.90 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,677.98 | Plan Balance: | $56,696.02 ** |
| Paid to Claims: | $19,159.86 | Current Monthly Payment: | $1,301.09 |
| Paid to Trustee: | $1,301.60 | Arrearages: | $1,000.31 |
| Funds on Hand: | $1,216.52 | Total Plan Base: | $78,374.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**