46586
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Nissan Motor Acceptance Corporation
JM5630_____

|  |  |
|---|---|
| IN RE:   REGINALD SAINTE-ROSE<br>            NAEEMAH SAINTE-ROSE | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO.: 16-25152 (CMG)<br>HEARING DATE:<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Nissan Motor Acceptance Corporation hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Nissan Motor Acceptance Corporation with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Nissan Motor Acceptance Corporation, pursuant to Fed R Bankr P 2002, hereby

requests that all notices required to be given under Fed R Bankr P 2002, including

notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided

only to committees appointed pursuant to the Bankruptcy Code or their authorized

agents, be given to Nissan Motor Acceptance Corporation by due service upon its

undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and

also to it at the following address:

Nissan Motor Acceptance Corporation
PO Box 660366
Dallas, TX. 75266-0366

Nissan Motor Acceptance Corporation, pursuant to Fed R Bankr P 3017(a), further

requests that all plans and disclosure statements filed herein by any party be duly

served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.
     John R. Morton, Jr., Esquire
     Attorney for Nissan Motor
     Acceptance Corporation

Dated: