UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, ESQ ww4019
Attorney at Law
260 Route 202/31
Suite 1100 Liberty Court
Flemington, NJ 08822      908 782 9333
wwolfsonlaw@comcast.net
Attorneys for Debtors

Order Filed on June 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reginald Sainte-Rose and Naeemah Sainte-Rose, Debtors

Case No.: 16-25152

Chapter: 13

Judge: Christine M. Gravelle

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of __William S. Wolfson, Esq. for the debtors__ for the reduction of time for a hearing on __Approval of a Mortgage Modification and other such relief as the Court may deem necessary__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __July 3, 2018__ at __10:00 am__ in the United States Bankruptcy Court, __US Court House 2nd Floor 402 East State St. Trenton, NJ 08625__, Courtroom No. __3__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Albert Russo, Esq., Chapter 13 Trustee, Denise Carlon, Esq. Counsel to M&T Bank__

by ☒ each, ☐ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Albert Russo, Esq., Chapter 13 Trustee, Denise Carlon, Esq. Counsel to M&T Bank__

☐ on the same day as the date of this Order, or

☒ within __1__ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*