| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126<br>wwolfsonlaw@comcast.net |
| IN THE MATTER OF<br>Reginald and Naeemah Sainte-Rose, Debtor(s) |

**Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 16-25152
CHAPTER 13
ADV NO.:
HEARING DATE: July 3, 2018
JUDGE: CHRISTINE GRAVELLE

ORDER
FOR
APROVAL OF MORTGAGE MODIFICATION FOR 777 BACKHUS ESTATE ROAD
LEBANON, N.J. 08826

The relief set forth on the following pages, numbered two through __2__, is hereby ORDERED.

**DATED: July 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Saint/Rose,
Case No.: 16-25152
Caption of Order: ORDER FOR APROVAL OF MORTGAGE MODIFICATION FOR 777 BACKHUS ESTATE ROAD LEBANON, NJ 08826

Upon the motion of William S. Wolfson, Esq., attorney for Reginald Sainte-Rose and Naeemah Sainte-Rose, on shortened notice to the Chapter 13 trustee and Counsel for M & T Mortgage it is hereby

ORDERED that:

1. The Court approves the mortgage modification offered to Reginald Sainte-Rose and Naeemah Sainte-Rose as set forth in the certification of Reginald St. Rose.

2. The debtors are authorized to sign any mortgage modification documents requested or required by M & T Bank and the Secretary of Housing and Urban Development (hereafter HUD) for the purpose of a permanent modification of the mortgage on 777 Backhus Estate Road, Lebanon, New Jersey 08826

3. A copy of this order may be recorded with any mortgage modification documents filed with the Hunterdon County Clerk's Office if required by M & T Bank or HUD.

4. The debtors shall file a modified plan and an amended Schedule J within 20 days of the entry of this order

5. M & T Bank shall amend its claim to the amount the trustee paid to date within 30 days of the entry of the order.

6. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.