| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126<br>wwolfsonlaw@comcast.net | Order Filed on July 3, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN THE MATTER OF<br>Reginald and Naeemah Sainte-Rose, Debtor(s) | CASE NO.: 16-25152<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: July 3, 2018<br>JUDGE: CHRISTINE GRAVELLE |

ORDER
FOR
APROVAL OF MORTGAGE MODIFICATION FOR 777 BACKHUS ESTATE ROAD
LEBANON, N.J. 08826

The relief set forth on the following pages, numbered two through __2__, is hereby ORDERED.

**DATED: July 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Saint/Rose,
Case No.: 16-25152
Caption of Order: ORDER FOR APROVAL OF MORTGAGE MODIFICATION FOR 777 BACKHUS ESTATE ROAD LEBANON, NJ 08826

Upon the motion of William S. Wolfson, Esq., attorney for Reginald Sainte-Rose and Naeemah Sainte-Rose, on shortened notice to the Chapter 13 trustee and Counsel for M & T Mortgage it is hereby

ORDERED that:

1. The Court approves the mortgage modification offered to Reginald Sainte-Rose and Naeemah Sainte-Rose as set forth in the certification of Reginald St. Rose.

2. The debtors are authorized to sign any mortgage modification documents requested or required by M & T Bank and the Secretary of Housing and Urban Development (hereafter HUD) for the purpose of a permanent modification of the mortgage on 777 Backhus Estate Road, Lebanon, New Jersey 08826

3. A copy of this order may be recorded with any mortgage modification documents filed with the Hunterdon County Clerk's Office if required by M & T Bank or HUD.

4. The debtors shall file a modified plan and an amended Schedule J within 20 days of the entry of this order

5. M & T Bank shall amend its claim to the amount the trustee paid to date within 30 days of the entry of the order.

6. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.

United States Bankruptcy Court
District of New Jersey

In re:  
Reginald Sainte-Rose  
Naeemah Sainte-Rose  
     Debtors

Case No. 16-25152-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 03, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,    Glen Gardner, NJ    08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:

        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Albert Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB dnj@pbslaw.org  
        William S. Wolfson    on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
        William S. Wolfson    on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

                                                                                   TOTAL: 9