Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25152−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Reginald Sainte−Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826−2203

Naeemah Sainte−Rose
aka Naeemah Kai Sainte−Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826−2203

Social Security No.:
  xxx−xx−2478                                 xxx−xx−0924

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 21, 2016.

On 8/28/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             October 3, 2018
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 30, 2018
JAN: gan

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                      Case No. 16-25152-CMG
Reginald Sainte-Rose                                        Chapter 13
Naeemah Sainte-Rose
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Aug 30, 2018
                              Form ID: 185             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,
                 Glen Gardner, NJ 08826-2203
lm            +Cenlar,   7 Graphics Drive,   Ewing, NJ 08628-1547
cr            +Lakeview Loan Servicing, LLC, c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516327573     +Amex Dsnb,   PO Box 8218,   Mason, OH 45040-8218
516327576    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
516327574     +Bank Of America,   c/o Frederic I Weinberg, Esq.,    1200 Laurel Oak Road,    Ste 104,
                 Voorhees, NJ 08043-4317
516532077     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516327577     +Cap 1/Best Buy,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
516803207     +Cenlar FSB,   Attn BK Dept.,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516327580     +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516327581     +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
516543191      Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
516327585     +Dsnb Macys,   911 Duke Blvd,   Mason, OH 45040
516327588     +Faloni & Associates, LLC,   165 Passaic Ave, Suite 301B,   Fairfield, NJ 07004-3592
516327589     +Goodyear/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
516327591    #+Lakeview Loan Servicing,   1301 Virginia Drive,   Fort Washington, PA 19034-3261
517029061     +Lakeview Loan Servicing LLC,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516497933     +Lakeview Loan Servicing LLC,   c/o Cenlar FSB,   Attn: BK Department,   425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
516327595     +NJ Motor Vehicle Commission,   Surcharge Administration Office,   PO Box 136,
                 Trenton, NJ 08601-0136
516336403      Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
516327593      Nissan Motor Acceptance Corporation,   PO Box 660360,   Dallas, TX 75266-0360
516327594    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   50 Barracks Street,   PO Box 269,
                 Trenton, NJ 08695)
516327599     +Sunoco/Citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
516327601     +Wfds/wds,   PO Box 1697,   Winterville, NC 28590-1697
516327602     +Zwicker & Associates, P.C.,   1105 Laurel Oak Road, Suite 130,   Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2018 23:03:03      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2018 23:03:00      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516506263      E-mail/Text: ally@ebn.phinsolutions.com Aug 30 2018 23:02:11      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
516327572     +E-mail/Text: ally@ebn.phinsolutions.com Aug 30 2018 23:02:11      Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
516432080      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2018 23:08:59      CACH, LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
516327578      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:09:19      Cap One NA,
                 PO Box 71083,   Charlotte, NC 28272-1083
516361777      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 23:09:19      Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC 28272-1083
516327579     +E-mail/Text: kzoepfel@credit-control.com Aug 30 2018 23:03:05
                 Central Loan Admin & Reporting,   425 Phillips Blvd,   Ewing, NJ 08618-1430
516327582     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2018 23:03:00      Citifinancial,
                 c/o Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516339221      E-mail/Text: mrdiscen@discover.com Aug 30 2018 23:02:12      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
516327583     +E-mail/Text: mrdiscen@discover.com Aug 30 2018 23:02:12      Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
516327587     +E-mail/Text: bbagley@enerbankusa.com Aug 30 2018 23:02:31      Enerbank Usa,
                 1945 W Parnall Rd Ste 22,   Jackson, MI 49201-8658
516327590     +E-mail/Text: cio.bncmail@irs.gov Aug 30 2018 23:02:25      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516454439      E-mail/Text: bankruptcynotice@nymcu.org Aug 30 2018 23:03:18      MUNICIPAL CREDIT UNION,
                 COLLECTIONS/LOSS PREVENTION DEPT.,   22 CORTLANDT ST 24 FL,   NEW YORK, NY 10007-3153
516327592      E-mail/Text: bankruptcynotice@nymcu.org Aug 30 2018 23:03:19      Municipal Credit Union,
                 185 Montague St,   Brooklyn, NY 11201
516456953     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2018 23:03:00      Midland Funding LLC,
                 PO Box 2011,   Warren MI 48090-2011
516858097      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:20:01
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Aug 30, 2018
                              Form ID: 185             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516858098        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:08:14
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516548076        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 23:20:08
                  Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
516327597       +E-mail/Text: bankruptcy@prosper.com Aug 30 2018 23:03:24      Prosper Marketplace In,
                  101 Second St, Ste 1500,    San Francisco, CA 94105-3656
516548512       +E-mail/Text: bncmail@w-legal.com Aug 30 2018 23:03:09      Prosper Marketplace Inc.,
                  C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
516364390        E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2018 23:02:55
                  Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
516437154        E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2018 23:02:55
                  Quantum3 Group LLC as agent for,    Icon Equities LLC,    PO Box 788,    Kirkland, WA 98083-0788
516369906        E-mail/PDF: cbp@onemainfinancial.com Aug 30 2018 23:08:36      SPRINGLEAF FINANCIAL SERVICES,
                  P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516327598        E-mail/PDF: cbp@onemainfinancial.com Aug 30 2018 23:09:10      Springleaf Financial,
                  601 NW 2nd St,    Evansville, IN 47708
516327600       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2018 23:08:24      Synchrony Bank,
                  c/o Cach LLC,    4340 S Monaco Street,    Denver, CO 80237-3485
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
516327575*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,      PO Box 982235,    El Paso, TX 79998)
516327584*     +Discover Fin Svcs LLC,    PO Box 15316,    Wilmington, DE 19850-5316
516327586*      Dsnb Macys,   911 Duke Blvd,    Mason, OH 45040
517029062*     +Lakeview Loan Servicing LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327596*     +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                  Trenton, NJ 08601-0136
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
           dnj@pbslaw.org
          William S. Wolfson    on behalf of Debtor Reginald   Sainte-Rose wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
```

```
District/off: 0312-3          User: admin              Page 3 of 3               Date Rcvd: Aug 30, 2018
                              Form ID: 185             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William S. Wolfson    on behalf of Joint Debtor Naeemah  Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

                                                                                                                             TOTAL: 9