**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:    Case No.:    16-25152

Reginald Sainte Rose and Naeemah Sainte Rose    Judge:    Christine M. Gravelle

Debtor(s)

### Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date:    December    2018

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____ww____    Initial Debtor: ____RSR____    Initial Co-Debtor: ____NSR____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____1005.99_____ per _____month_____ to the Chapter 13 Trustee, starting on _____1/1/2019_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

* plus $ 31,190.98 paid in through 11/16/18.

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

(1) Court approved mortgage modification with M & T Bank in July 2018.Current payment is $3,748.95.
(2) Surrender and Stay lift on 2013 Nissan Rogue July,2016.
(3) Ms. Sainte Rose has become employed in a 10 month school year job.
(4) 2017 IRS debt of $ 3,918.00 and 2016 IRS debt of  $3092.00 being added to plan as administrative priority debt.
(5) IRS Unsecured Priority payments for 2011 and 2012 taxes are dischargeable debts .See 11 U.S.C. 523(a)(1) and 507(a)(8).
(6) Ms. Sainte Rose will pay student loans outside plan. Degree qualified her to obtain current job. Increase in household income.
(7) Mr. Sainte Rose no longer coaches basketball so this income was removed from Schedule I.
(8) home repair expenses increased
(9) Auto has failed and will need replacement.

**Part 2:    Adequate Protection ☐ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ ____3,785.95_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to:  _M and T Bank per mortgage modification_ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ as allowed after applica |
| DOMESTIC SUPPORT OBLIGATION | n/a | n/a |
| IRS  Federal Income Taxes (2017)<br>IRS  Federal Income Taxes (2016) | Administrative<br>507(a) priority income taxes (Per POC 2-1) | $ 3,918.00<br>$ 2,694.65 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| n/a | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | 0.00 | 0.00 |

## Part 4:   Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Mortgage modification previously approved by court | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| n/a | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| n/a | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

n/a

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Nissan Motor Acceptance Corp. | 2013 Nissan Rogue Vin ****7086 Surrendered 5/23/16.Stay vacated 7/20/18 | $12,425.00 per NADA value in stay motion pleadings | $ 977.80 ( Stay motion alleged $13,402.80 debt and $12,425.00 NADA value. |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Mortgage serviced by M & T Bank after modification and Court approval. (Previously serviced by Lakeview)

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) counsel fees as allowed

3) priority tax payments 4.) IRS administrative tax payments

4) 5.)general unsecured claims without priority

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 8/28/18                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Mrs. St Rose now has regular income, 2017 federal income taxes due to be paid in plan with trustee authorized to pay post petition claim, provided for unsecured deficiency claim on surrendered Nissan auto to be paid in plan, mortgage modification received and being paid outside plan | increased dividend consistent with increase in income because Ms. St. Rose has full time employment., provided for payment of 2017 income taxes in plan, provided for unsecured deficiency claim on surrendered Nissan auto, eliminated cure of M & T Bank mortgage after modification was approved by the Court. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:
1. 2016 and 2017 Federal income tax being paid in plan after prepetition priority income tax payments
2. Student loans being paid out side plan directly to lender
3. increase in base dividend

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 12/13/18                                      /s/Reginald Sainte Rose
                                                    Debtor

Date: 12/13/18                                      /s/ Naeemah Sainte Rose
                                                    Joint Debtor

Date: 12/14/18                                      /s/William S. Wolfson
                                                    Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-25152-CMG
Reginald Sainte-Rose                                                      Chapter 13
Naeemah Sainte-Rose
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 3           Date Rcvd: Dec 17, 2018
                            Form ID: pdf901          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,
                Glen Gardner, NJ 08826-2203
lm            +Cenlar,    7 Graphics Drive,    Ewing, NJ 08628-1547
cr            +Lakeview Loan Servicing, LLC, c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327573     +Amex Dsnb,    PO Box 8218,   Mason, OH 45040-8218
516327576    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
516327574     +Bank Of America,    c/o Frederic I Weinberg, Esq.,    1200 Laurel Oak Road,    Ste 104,
                Voorhees, NJ 08043-4317
516532077     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516327577     +Cap 1/Best Buy,    50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
516803207     +Cenlar FSB,    Attn BK Dept.,   425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327580     +Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
516327581     +Citi,    PO Box 6241,   Sioux Falls, SD 57117-6241
516543191      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516327585      Dsnb Macys,    911 Duke Blvd,   Mason, OH 45040
516327588     +Faloni & Associates, LLC,    165 Passaic Ave, Suite 301B,    Fairfield, NJ 07004-3592
516327589     +Goodyear/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
517029061     +Lakeview Loan Servicing LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516497933     +Lakeview Loan Servicing LLC,    c/o Cenlar FSB,   Attn: BK Department,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
516327595     +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                Trenton, NJ 08601-0136
516336403      Nissan Motor Acceptance,    POB 660366,   Dallas, TX 75266-0366
516327593      Nissan Motor Acceptance Corporation,    PO Box 660360,    Dallas, TX 75266-0360
516327594    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    50 Barracks Street,    PO Box 269,
                Trenton, NJ 08695)
516327599     +Sunoco/Citi,    PO Box 6497,   Sioux Falls, SD 57117-6497
516327601     +Wfds/wds,    PO Box 1697,   Winterville, NC 28590-1697
516327602     +Zwicker & Associates, P.C.,    1105 Laurel Oak Road, Suite 130,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 17 2018 22:15:11      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 17 2018 22:15:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516506263      E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2018 22:15:04      Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
516327572     +E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2018 22:15:04      Ally Financial,
                200 Renaissance Ctr,   Detroit, MI 48243-1300
516432080      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2018 22:23:29       CACH, LLC,
                PO Box 10587,   Greenville, SC 29603-0587
516327578      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 17 2018 22:09:55       Cap One NA,
                PO Box 71083,   Charlotte, NC 28272-1083
516361777      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 17 2018 22:09:55       Capital One, N.A.,
                PO Box 71083,   Charlotte, NC 28272-1083
516327579     +E-mail/Text: kzoepfel@credit-control.com Dec 17 2018 22:15:11
                Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516327582     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 17 2018 22:15:11      Citifinancial,
                c/o Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516339221      E-mail/Text: mrdiscen@discover.com Dec 17 2018 22:15:05      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516327583     +E-mail/Text: mrdiscen@discover.com Dec 17 2018 22:15:05      Discover Fin Svcs LLC,
                PO Box 15316,   Wilmington, DE 19850-5316
516327587     +E-mail/Text: bbagley@enerbankusa.com Dec 17 2018 22:15:07      Enerbank Usa,
                1945 W Parnall Rd Ste 22,    Jackson, MI 49201-8658
516327590     +E-mail/Text: cio.bncmail@irs.gov Dec 17 2018 22:15:06      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517743575      E-mail/Text: camanagement@mtb.com Dec 17 2018 22:15:08      M&T Bank,    PO Box 840,
                Buffalo, NY 14240
516454439      E-mail/Text: bankruptcynotice@nymcu.org Dec 17 2018 22:15:14      MUNICIPAL CREDIT UNION,
                COLLECTIONS/LOSS PREVENTION DEPT.,    22 CORTLANDT ST 24 FL,   NEW YORK, NY 10007-3153
516327592      E-mail/Text: bankruptcynotice@nymcu.org Dec 17 2018 22:15:14      Municipal Credit Union,
                185 Montague St,   Brooklyn, NY 11201
516456953     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 17 2018 22:15:11      Midland Funding LLC,
                PO Box 2011,   Warren MI 48090-2011
516858097      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2018 22:10:46
                Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Dec 17, 2018
                              Form ID: pdf901          Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516858098        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2018 22:10:46
                  Portfolio Recovery Associates, LLC,    PO Box 41067,     Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    PO Box 41067,     Norfolk, VA 23541
516548076        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 17 2018 22:10:46
                  Portfolio Recovery Associates, LLC,    c/o Goodyear,     POB 41067,     Norfolk VA 23541
516327597       +E-mail/Text: bankruptcy@prosper.com Dec 17 2018 22:15:15        Prosper Marketplace In,
                  101 Second St, Ste 1500,    San Francisco, CA 94105-3656
516548512       +E-mail/Text: bncmail@w-legal.com Dec 17 2018 22:15:12        Prosper Marketplace Inc.,
                  C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
516364390        E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2018 22:15:10
                  Quantum3 Group LLC as agent for,    Crown Asset Management LLC,     PO Box 788,
                  Kirkland, WA 98083-0788
516437154        E-mail/Text: bnc-quantum@quantum3group.com Dec 17 2018 22:15:10
                  Quantum3 Group LLC as agent for,    Icon Equities LLC,    PO Box 788,    Kirkland, WA 98083-0788
516369906        E-mail/PDF: cbp@onemainfinancial.com Dec 17 2018 22:10:19        SPRINGLEAF FINANCIAL SERVICES,
                  P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516327598        E-mail/PDF: cbp@onemainfinancial.com Dec 17 2018 22:10:20        Springleaf Financial,
                  601 NW 2nd St,    Evansville, IN 47708
516327600       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2018 22:10:47         Synchrony Bank,
                  c/o Cach LLC,    4340 S Monaco Street,    Denver, CO 80237-3485
                                                                                                TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Nissan Motor Acceptance Corporation,    PO Box 660366,     Dallas, TX 75266-0366
516327575*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
516327584*      +Discover Fin Svcs LLC,    PO Box 15316,    Wilmington, DE 19850-5316
516327586*       Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
517029062*      +Lakeview Loan Servicing LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327596*      +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                  Trenton, NJ 08601-0136
516327591      ##+Lakeview Loan Servicing,    1301 Virginia Drive,    Fort Washington, PA 19034-3261
                                                                                          TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon     on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Denise E. Carlon     on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         John R. Morton, Jr.     on behalf of Creditor    Nissan Motor Acceptance Corporation
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Kevin Gordon McDonald     on behalf of Creditor    LakeView Loan Servicing, LLC
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Rebecca Ann Solarz     on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
         Robert P. Saltzman     on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
          dnj@pbslaw.org
```

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Dec 17, 2018
                              Form ID: pdf901            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William S. Wolfson    on behalf of Debtor Reginald  Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net
         William S. Wolfson    on behalf of Joint Debtor Naeemah  Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

                                                                                                                                                                                      TOTAL: 10