| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 16-25152 / CMG**

Reginald Sainte-Rose
Naeemah Sainte-Rose

Petition Filed Date: 08/08/2016
341 Hearing Date: 09/15/2016
Confirmation Date: 12/07/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2018 | $1,301.09 | 46011190 | 03/01/2018 | $1,330.50 | 47133760 | 03/26/2018 | $1,330.50 | 47744020 |
| 05/02/2018 | $1,330.50 | 48808020 | 06/04/2018 | $1,330.50 | 49600460 | 07/03/2018 | $1,330.50 | 50457920 |
| 08/02/2018 | $1,330.50 | 51218030 | 10/02/2018 | $510.00 | 52785570 | 10/15/2018 | $510.00 | 53137880 |
| 11/16/2018 | $510.00 | 53974310 | 12/18/2018 | $510.00 | 54760330 | | | |

**Total Receipts for the Period: $11,324.09   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,706.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reginald Sainte-Rose | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2013 NISSAN ROGUE/SV 7/20/18 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015 | Priority Crediors | $2,694.65 | $0.00 | $2,694.65 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011-2012 | Unsecured Creditors | $12,465.26 | $0.00 | $12,465.26 |
| 4 | DISCOVER BANK | Unsecured Creditors | $6,445.14 | $0.00 | $6,445.14 |
| 5 | DISCOVER BANK | Unsecured Creditors | $5,946.81 | $0.00 | $5,946.81 |
| 6 | ENERBANK USA | Unsecured Creditors | $7,218.00 | $0.00 | $7,218.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.53 | $0.00 | $1,722.53 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SEARS | Unsecured Creditors | $3,835.82 | $0.00 | $3,835.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SPRINGLEAF | Unsecured Creditors | $7,675.80 | $0.00 | $7,675.80 |
| 10 | CACH LLC<br>»» SYNCHRONY | Unsecured Creditors | $1,863.04 | $0.00 | $1,863.04 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» CITI | Unsecured Creditors | $2,116.20 | $0.00 | $2,116.20 |
| 12 | MUNICIPAL CREDIT UNION | Unsecured Creditors | $964.65 | $0.00 | $964.65 |
| 13 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $1,831.94 | $0.00 | $1,831.94 |
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIFINANCIAL | Unsecured Creditors | $6,648.62 | $0.00 | $6,648.62 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/777 BACKHUS ESTATE RD/1ST MTG/CONS ORD 12/8/16 | Mortgage Arrears | $14,233.65 | $14,233.65 | $0.00 |
| 16 | ALLY FINANCIAL<br>»» 2011 GMC ACADIA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA | Unsecured Creditors | $17,940.53 | $0.00 | $17,940.53 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $143.07 | $0.00 | $143.07 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $1,093.28 | $0.00 | $1,093.28 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $280.63 | $0.00 | $280.63 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $1,668.47 | $0.00 | $1,668.47 |
| 22 | PROSPER MARKETPLACE INC.<br>»» WEBBANK | Unsecured Creditors | $15,752.84 | $0.00 | $15,752.84 |
| 23 | -- | | $0.00 | $0.00 | $0.00 |
| 24 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $12,158.88 | $8,586.93 | $3,571.95 |
| 25 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 1/19/17 | Attorney Fees | $1,392.45 | $1,392.45 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 5/31/17 | Attorney Fees | $760.90 | $760.90 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 2/22/18 | Attorney Fees | $1,263.47 | $1,263.47 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,706.97 | Plan Balance: | $47,071.03 ** |
| Paid to Claims: | $29,263.40 | Current Monthly Payment: | $1,330.50 |
| Paid to Trustee: | $2,033.70 | Arrearages: | $4,606.82 |
| Funds on Hand: | $1,409.87 | Total Plan Base: | $79,778.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**