| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126 |
| IN THE MATTER OF<br><br>Reginald and Naeemah, Debtor(s) |

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 16-25152
CHAPTER 13
ADV NO.:
HEARING DATE: April 3, 2019
JUDGE: Christine M. Gravelle

ORDER FOR ALLOWANCE OF LATE POST- PETITION ADMINISTRATIVE TAX CLAIMS OF INTERNAL REVENUE SERVICE FOR 2016 AND 2017

The relief set forth on the following page is hereby ORDERED.

**DATED: April 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER FOR ALLOWANCE OF LATE POST- PETITION ADMINISTRATIVE TAX CLAIMS OF INTERNAL REVENUE SERVICE FOR 2016 AND 2017

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to the United States of America, the Internal Revenue Service and the Chapter 13 Standing Trustee it is hereby:

ORDERED that

1. The claims of the IRS for 2016 and 2017 federal income taxes in the respective amount of $ $3,903.00 for 2016 and $3,918.00 for 2017 are allowed as administrative tax claims.

2. The Chapter 13 trustee is authorized to pay the post-petition clams and the last modified Chapter 13 plan is deemed to be amended to the extent necessary to comply with this order. If necessary, the debtors may sign proofs of claim in order to permit the Chapter 13 trustee to pay the claims.

3. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.

_