| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C. <br> 260 U.S. Highway 202/31, Suite 1100 <br> Flemington, NJ 08822-1794 <br> 908 782-9333 <br> Attorney for Reginald and Naeemah Sainte-Rose <br> Our File No.   1140.57126 |

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE MATTER OF

Reginald and Naeemah Sainte-Rose, Debtor(s)

CASE NO.: 16-25152
CHAPTER 13
ADV NO.:
HEARING DATE: April 3, 2019
JUDGE: Christine M. Gravelle

ORDER REDUCING CLAIM 14-2 AND DIRECTING CHAPTER 13 TRUSTEE TO MAKE NO FURTHER PAYMENT ON CLAIM 14-2 SINCE REMAINING AMOUNT DUE IS PART OF A MORTGAGE MODIFICATION PREVIOUSLY APPROVED BY THE COURT

The relief set forth on the following page, is hereby ORDERED.

**DATED: April 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER REDUCING CLAIM 14-2 AND DIRECTING CHAPTER 13 TRUSTEE TO MAKE NO FURTHER PAYMENT ON CLAIM 14-2 SINCE REMAINING AMOUNT DUE IS PART OF A MORTGAGE MODIFICATION PREVIOUSLY APPROVED BY THE COURT

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to M & T Bank, its counsel, Denise Carlon, Esq., and the Chapter 13 Trustee it is hereby:

ORDERED that

1. The Court finds that Claim 14-2 held by M & T Bank/Lakeview is the subject of a mortgage modification between the debtors and M & T Bank previously approved by the Court.

2. The Chapter 13 trustee shall make no further payment on the December 30, 2016 Order Resolving Motion to Vacate Stay and/or Motion to Dismiss with Conditions (Doc 33) post-petition arrearage since all sums due from the debtor to the claimant were made part of the modified mortgage.

3. The debtor shall continue to comply with the modified mortgages terms as approved by the Court's prior order.

4. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.