| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C. <br> 260 U.S. Highway 202/31, Suite 1100 <br> Flemington, NJ 08822-1794 <br> 908 782-9333 <br> Attorney for Reginald and Naeemah Sainte-Rose <br> Our File No.   1140.57126 |

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE MATTER OF

Reginald and Naeemah, Debtor(s)

CASE NO.: 16-25152
CHAPTER 13
ADV NO.:
HEARING DATE: April 3, 2019
JUDGE: Christine M. Gravelle

ORDER FOR ALLOWANCE OF LATE POST- PETITION ADMINISTRATIVE TAX CLAIMS OF INTERNAL REVENUE SERVICE FOR 2016 AND 2017

The relief set forth on the following page is hereby ORDERED.

**DATED: April 4, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER FOR ALLOWANCE OF LATE POST- PETITION ADMINISTRATIVE TAX CLAIMS OF INTERNAL REVENUE SERVICE FOR 2016 AND 2017

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to the United States of America, the Internal Revenue Service and the Chapter 13 Standing Trustee it is hereby:

ORDERED that

1. The claims of the IRS for 2016 and 2017 federal income taxes in the respective amount of $ $3,903.00 for 2016 and $3,918.00 for 2017 are allowed as administrative tax claims.

2. The Chapter 13 trustee is authorized to pay the post-petition clams and the last modified Chapter 13 plan is deemed to be amended to the extent necessary to comply with this order. If necessary, the debtors may sign proofs of claim in order to permit the Chapter 13 trustee to pay the claims.

3. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.

–

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                   Case No. 16-25152-CMG
      Reginald Sainte-Rose                               Chapter 13
      Naeemah Sainte-Rose
               Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Apr 04, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,
                Glen Gardner, NJ 08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dnj@pbslaw.org
              William S. Wolfson    on behalf of Joint Debtor Naeemah    Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Debtor Reginald    Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                               TOTAL: 10
```