| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126 | Order Filed on April 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN THE MATTER OF<br><br>Reginald and Naeemah Sainte-Rose, Debtor(s) | CASE NO.: 16-25152<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: April 3, 2019<br>JUDGE: Christine M. Gravelle |

ORDER REDUCING CLAIM 14-2 AND DIRECTING CHAPTER 13 TRUSTEE TO MAKE NO FURTHER PAYMENT ON CLAIM 14-2 SINCE REMAINING AMOUNT DUE IS PART OF A MORTGAGE MODIFICATION PREVIOUSLY APPROVED BY THE COURT

The relief set forth on the following page, is hereby ORDERED.

**DATED: April 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER REDUCING CLAIM 14-2 AND DIRECTING CHAPTER 13 TRUSTEE TO MAKE NO FURTHER PAYMENT ON CLAIM 14-2 SINCE REMAINING AMOUNT DUE IS PART OF A MORTGAGE MODIFICATION PREVIOUSLY APPROVED BY THE COURT

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to M & T Bank, its counsel, Denise Carlon, Esq., and the Chapter 13 Trustee it is hereby:

ORDERED that

1. The Court finds that Claim 14-2 held by M & T Bank/Lakeview is the subject of a mortgage modification between the debtors and M & T Bank previously approved by the Court.

2. The Chapter 13 trustee shall make no further payment on the December 30, 2016 Order Resolving Motion to Vacate Stay and/or Motion to Dismiss with Conditions (Doc 33) post-petition arrearage since all sums due from the debtor to the claimant were made part of the modified mortgage.

3. The debtor shall continue to comply with the modified mortgages terms as approved by the Court's prior order.

4. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 16-25152-CMG
Reginald Sainte-Rose                                                                     Chapter 13
Naeemah Sainte-Rose
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 04, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db/jdb          Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,
                Glen Gardner, NJ   08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dnj@pbslaw.org
              William S. Wolfson    on behalf of Joint Debtor Naeemah   Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Debtor Reginald   Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                                 TOTAL: 10