Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−25152−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Reginald Sainte−Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826−2203

Naeemah Sainte−Rose
aka Naeemah Kai Sainte−Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826−2203

Social Security No.:
xxx−xx−2478

xxx−xx−0924

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Reginald Sainte−Rose & Naeemah Sainte−Rose the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on April 10, 2019.

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Dated: April 11, 2019
JAN: gan

Jeanne Naughton
Clerk