Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−25152−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reginald Sainte−Rose                         Naeemah Sainte−Rose
   777 Backhus Estate Road                 aka Naeemah Kai Sainte−Rose
   Glen Gardner, NJ 08826−2203          777 Backhus Estate Road
                                                              Glen Gardner, NJ 08826−2203

Social Security No.:
   xxx−xx−2478                                     xxx−xx−0924

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Reginald Sainte−Rose & Naeemah Sainte−Rose the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on April 10, 2019.

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Dated: April 11, 2019
JAN: gan

                                                                                          Jeanne Naughton
                                                                                           Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey

In re:                                                        Case No. 16-25152-CMG
Reginald Sainte-Rose                                          Chapter 13
Naeemah Sainte-Rose
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Apr 11, 2019
                              Form ID: 226                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,
                Glen Gardner, NJ 08826-2203
516327573     +Amex Dsnb,    PO Box 8218,    Mason, OH 45040-8218
516327576    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
516327574     +Bank Of America,    c/o Frederic I Weinberg, Esq.,    1200 Laurel Oak Road,    Ste 104,
                Voorhees, NJ 08043-4317
516532077     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516327577     +Cap 1/Best Buy,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516803207     +Cenlar FSB,    Attn BK Dept.,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327580     +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516327581     +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
516543191      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516327585      Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
516327588     +Faloni & Associates, LLC,    165 Passaic Ave, Suite 301B,    Fairfield, NJ 07004-3592
516327589     +Goodyear/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517029061     +Lakeview Loan Servicing LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516497933     +Lakeview Loan Servicing LLC,    c/o Cenlar FSB,    Attn: BK Department,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
516327595     +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                Trenton, NJ 08601-0136
516336403      Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
516327593      Nissan Motor Acceptance Corporation,    PO Box 660360,    Dallas, TX 75266-0360
516327594    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,     50 Barracks Street,    PO Box 269,
                Trenton, NJ 08695)
516327599     +Sunoco/Citi,    PO Box 6497,    Sioux Falls, SD 57117-6497
516327601     +Wfds/wds,    PO Box 1697,    Winterville, NC 28590-1697
516327602     +Zwicker & Associates, P.C.,    1105 Laurel Oak Road, Suite 130,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516506263      E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2019 00:08:43      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
516327572     +E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2019 00:08:43      Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
516432080      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:16:31      CACH, LLC,
                PO Box 10587,    Greenville, SC 29603-0587
516327578      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:15:18      Cap One NA,
                PO Box 71083,    Charlotte, NC 28272-1083
516361777      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 12 2019 00:16:22      Capital One, N.A.,
                PO Box 71083,    Charlotte, NC 28272-1083
516327579     +E-mail/Text: kzoepfel@credit-control.com Apr 12 2019 00:10:04
                Central Loan Admin & Reporting,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516327582     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2019 00:09:57      Citifinancial,
                c/o Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516339221      E-mail/Text: mrdiscen@discover.com Apr 12 2019 00:08:47      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516327583     +E-mail/Text: mrdiscen@discover.com Apr 12 2019 00:08:47      Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
516327587     +E-mail/Text: bbagley@enerbankusa.com Apr 12 2019 00:09:20      Enerbank Usa,
                1945 W Parnall Rd Ste 22,    Jackson, MI 49201-8658
516327590     +E-mail/Text: cio.bncmail@irs.gov Apr 12 2019 00:09:08      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
517743575      E-mail/Text: camanagement@mtb.com Apr 12 2019 00:09:27      M&T Bank,    PO Box 840,
                Buffalo, NY 14240
516454439      E-mail/Text: bankruptcynotice@nymcu.org Apr 12 2019 00:10:24      MUNICIPAL CREDIT UNION,
                COLLECTIONS/LOSS PREVENTION DEPT.,    22 CORTLANDT ST 24 FL,    NEW YORK, NY 10007-3153
516327592      E-mail/Text: bankruptcynotice@nymcu.org Apr 12 2019 00:10:25      Municipal Credit Union,
                185 Montague St,    Brooklyn, NY 11201
516456953     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2019 00:09:57      Midland Funding LLC,
                PO Box 2011,    Warren MI 48090-2011
516858097      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:15:18
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516858098      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:17:29
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516548076      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 00:29:18
                Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3           User: admin              Page 2 of 2                Date Rcvd: Apr 11, 2019
                               Form ID: 226             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516327597        +E-mail/Text: bankruptcy@prosper.com Apr 12 2019 00:10:32      Prosper Marketplace In,
                   101 Second St, Ste 1500,    San Francisco, CA 94105-3656
516548512        +E-mail/Text: bncmail@w-legal.com Apr 12 2019 00:10:13      Prosper Marketplace Inc.,
                   C/O Weinstein & Riley P.S.,     2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
516364390         E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 00:09:50
                   Quantum3 Group LLC as agent for,     Crown Asset Management LLC,    PO Box 788,
                   Kirkland, WA  98083-0788
516437154         E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2019 00:09:50
                   Quantum3 Group LLC as agent for,     Icon Equities LLC,    PO Box 788,    Kirkland, WA  98083-0788
516369906         E-mail/PDF: cbp@onemainfinancial.com Apr 12 2019 00:17:08      SPRINGLEAF FINANCIAL SERVICES,
                   P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516327598         E-mail/PDF: cbp@onemainfinancial.com Apr 12 2019 00:17:10      Springleaf Financial,
                   601 NW 2nd St,    Evansville, IN 47708
516327600        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2019 00:15:27      Synchrony Bank,
                   c/o Cach LLC,    4340 S Monaco Street,    Denver, CO 80237-3485
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516327575*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bank of America,     PO Box 982235,    El Paso, TX 79998)
516327584*       +Discover Fin Svcs LLC,    PO Box 15316,    Wilmington, DE 19850-5316
516327586*        Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
517029062*       +Lakeview Loan Servicing LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327596*       +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                   Trenton, NJ 08601-0136
516327591       ##+Lakeview Loan Servicing,    1301 Virginia Drive,    Fort Washington, PA 19034-3261
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
               dnj@pbslaw.org
              William S. Wolfson    on behalf of Debtor Reginald    Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
              William S. Wolfson    on behalf of Joint Debtor Naeemah    Sainte-Rose wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 10
```