UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Reginald Sainte-Rose & Naeemah Saint-Rose,

Debtors.

Case No.:  16-25152-CMG

Chapter:  13

Hearing Date:  5/15/2019

Judge:  Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 777 Backhus Estate Road (Docket # 125)

_____

Date: 5/14/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*