Order Filed on July 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Reginald and Naeemah Sainte-Rose
Our File No.   1140.57126

IN THE MATTER OF

Reginald and Naeemah Sainte-Rose, Debtor(s)

CASE NO.: 16-25152
CHAPTER 13
ADV NO.:

JUDGE: Christine M. Gravelle

## ORDER VACATING WAGE ORDER (DOC 138)

The relief set forth on the following pages, numbered two through  2  , is hereby ORDERED.

**DATED: July 10, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER VACATING WAGE ORDER (DOC 138)

Upon the application of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to the Chapter 13 Standing Trustee, debtor's employer and debtors, it is hereby:

ORDERED that

1. The Order to Employer to Pay to the Chapter 13 Trustee or "Wage Order" (Doc 138) is vacated.
2. Effective immediately, the debtor's employer, North Plainfield School District, shall terminate any wage deductions from the debtor's pay.
3. A copy of this Order shall be served on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.