| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126 |
| IN THE MATTER OF<br><br>Reginald and Naeemah Sainte-Rose, Debtor(s) |

**Order Filed on July 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 16-25152
CHAPTER 13
ADV NO.:

JUDGE: Christine M. Gravelle

### ORDER VACATING WAGE ORDER (DOC 138)

The relief set forth on the following pages, numbered two through  2  , is hereby ORDERED.

**DATED: July 10, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

Page 2
Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER VACATING WAGE ORDER (DOC 138)

Upon the application of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to the Chapter 13 Standing Trustee, debtor's employer and debtors, it is hereby:

ORDERED that

1. The Order to Employer to Pay to the Chapter 13 Trustee or "Wage Order" (Doc 138) is vacated.
2. Effective immediately, the debtor's employer, North Plainfield School District, shall terminate any wage deductions from the debtor's pay.
3. A copy of this Order shall be served on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.

_

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-25152-CMG
Reginald Sainte-Rose                                                    Chapter 13
Naeemah Sainte-Rose
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,    777 Backhus Estate Road,
                 Glen Gardner, NJ  08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
       dnj@pbslaw.org
      William S. Wolfson    on behalf of Joint Debtor Naeemah   Sainte-Rose wwolfsonlaw@comcast.net,
       liza.wwolfsonlaw@comcast.net
      William S. Wolfson    on behalf of Debtor Reginald   Sainte-Rose wwolfsonlaw@comcast.net,
       liza.wwolfsonlaw@comcast.net
                                                                                                  TOTAL: 10