William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Reginald and Naeemah Sainte-Rose
Our File No.   1140.57126
WW 4019

| IN THE MATTER OF | UNITED STATES BANKRUPTCY |
| Reginald Sainte-Rose | COURT |
| and Naeemah Sainte-Rose | DISTRICT OF NEW JERSEY |
| | JUDGE: Christine Gravelle |
| Debtors | CASE NO.: 16-25152 |
| | CHAPTER 13 |
| | HEARING DATE: n/a |
| | |
| | NOTICE OF WITHDRAWAL OF |
| | PROOFS OF CLAIM 22-1 AND 23-1 |

Please take notice that proofs of claim 22-1 and 23-1 are hereby withdrawn. The Internal Revenue Service has amended Claims 2-2 and 2-3 for Federal Income Taxes that duplicate claims 22-1 and 23-1 previously filed on behalf of the debtors.

/s/William S. Wolfson
William S. Wolfson, Esq.
Attorney for Debtors

Dated:  9/16/2019