UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with to D.N.J. LBR 9004-2(c)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31
Suite 1100
Flemington, NJ 08822
908 782-9333
wwolfsonlaw@comcast.net
Attorney for Debtors

In Re:

Reginald and Naeemah Sainte-Rose, Debtors

Case No.: 16-25152

Adv. No.: _____

Hearing Date: 10/16/2019

Judge: Christine Gravelle

# CERTIFICATE OF CONSENT
## REGARDING CONSENT ORDER GRANTING

To Reduce or Expunge New Jersey Division of Taxation Claims for Post-Petition Income Taxes, Provide for Filing of Amended Proof of Claim and Credit Certain Refund Against Post-Petition Taxes Due

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box*, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P 9011 (sign certification with a /s/_____).

/s/William S. Wolfson
Signature of Attorney

*Revised 6/11/02*