UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Reginald and Naeemah Sainte-Rose
Our File No.   1140.57126

Order Filed on September 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE MATTER OF

Reginald Sainte-Rose and Naeemah Sainte-Rose,
Debtor(s)

CASE NO.: 16-25152
CHAPTER 13
ADV NO.: N/A
HEARING DATE: October 16, 2019
JUDGE: CHRISTINE GRAVELLE

**CONSENT ORDER TO REDUCE OR EXPUNGE NEW JERSEY DIVISION OF TAXATION CLAIMS FOR POST-PETITION INCOME TAXES, PROVIDE FOR FILING OF AMENDED PROOF OF CLAIM AND CREDIT CERTAIN REFUND AGAINST POST-PETITION TAXES DUE**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

DATED: September 30, 2019

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor(s): Saint-Rose, Reginald and Naeemah
Case No.: 16-25152
CONSENT ORDER TO REDUCE OR EXPUNGE NEW JERSEY DIVISION OF TAXATION CLAIMS FOR POST-PETITION INCOME TAXES, PROVIDE FOR FILING OF AMENDED PROOF OF CLAIM AND CREDIT CERTAIN REFUND AGAINST POST-PETITION TAXES DUE
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, Debtors and the consent of the State of New Jersey Division of Taxation ("N.J. Taxation"), by and through its counsel, Valerie Hamilton, Deputy Attorney General, and on notice to Albert Russo, Standing Chapter 13 Trustee, the Court finds and it is hereby ORDERED:

1. The Court finds N.J. Taxation's Proof of Claim Number 24-1 filed on May 16, 2019 in the amount of $22,382.50 for 2016 and 2017 post-petition New Jersey gross income taxes ("GIT-ER") is an estimated claim that has now been amended and superseded by Claim No. 24-2 in the amount of $252.30.

2. The Court finds the debtors have filed New Jersey tax returns for the 2016 and 2017 tax years.

3. Per Claim 24-2, the Debtors' gross income tax liability for 2016 is $252.30.

4. The Debtors' 2017 return indicates that the Debtors are entitled to a refund of $693.00 for overpayment of GIT-ER taxes by the Debtors' respective employers.

5. The Court hereby authorizes N.J. Taxation to set off the Debtors' 2017 tax refund against the Debtors' 2016 tax debt. The set off of the post-petition refund against post-petition taxes shall not be deemed a violation of the automatic stay.

6. N.J. Taxation shall issue a refund to the Debtors in the amount of $470.30 on account of the Debtors' overpayment of 2017 New Jersey GIT-ER taxes.

7. In anticipation of the setoff, on September 16, 2019, N.J. Taxation filed an amended Proof of Claim (Claim 24-3), reducing the claim of N.J. Taxation to $0.

8. The Chapter 13 Trustee shall not make any payment on Claim 24-2.

Debtor(s): Saint-Rose, Reginald and Naeemah
Case No.: 16-25152
CONSENT ORDER TO REDUCE OR EXPUNGE NEW JERSEY DIVISION OF TAXATION CLAIMS FOR POST-PETITION INCOME TAXES, PROVIDE FOR FILING OF AMENDED PROOF OF CLAIM AND CREDIT CERTAIN REFUND AGAINST POST-PETITION TAXES DUE
Page 3

9. The movant shall serve this order on the Debtors, the Chapter 13 Standing Trustee, N.J. Taxation, the Office of the New Jersey Attorney General and any other party who entered an appearance on the motion within 7 days of entry hereof.

I consent to the form and entry of this Order.

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for New Jersey Division of Taxation

BY: /s/Valerie Hamilton                                  Dated: 9/20/19
Valerie Hamilton, Deputy Attorney General
Tax, Bankruptcy and Debt Recovery Section

WILLIAM S. WOLFSON, ESQ., L.L.C.
Attorney for Debtors, Reginald and Naeemah Sainte-Rose

By: /s/William S. Wolfson                                Dated: 9/23/19
William S. Wolfson, Esq.

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-25152-CMG
Reginald Sainte-Rose                                                              Chapter 13
Naeemah Sainte-Rose
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
db/jdb         Reginald Sainte-Rose,   Naeemah Sainte-Rose,   777 Backhus Estate Road,
                Glen Gardner, NJ 08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    LakeView Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
           dnj@pbslaw.org
          William S. Wolfson    on behalf of Joint Debtor Naeemah   Sainte-Rose wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
          William S. Wolfson    on behalf of Debtor Reginald   Sainte-Rose wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                               TOTAL: 10