| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 16-25152 / CMG**

Reginald Sainte-Rose
Naeemah Sainte-Rose

Petition Filed Date: 08/08/2016
341 Hearing Date: 09/15/2016
Confirmation Date: 12/07/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $1,005.99 | 55462050 | 02/19/2019 | $1,005.99 | 56263550 | 03/18/2019 | $1,400.00 | 57093480 |
| 05/01/2019 | $1,545.04 | 58226450 | 06/11/2019 | $2,120.00 | 70356 | 06/25/2019 | $1,060.00 | 7590 |
| 07/09/2019 | $1,060.00 | 70816 | 07/30/2019 | $1,060.00 | 71067 | 09/03/2019 | $2,120.00 | 61370300 |
| 10/02/2019 | $2,121.50 | 62208820 | 11/01/2019 | $2,121.50 | 62971840 | 12/03/2019 | $2,121.50 | 63602640 |
| 12/23/2019 | $2,121.50 | 64208590 | | | | | | |

**Total Receipts for the Period: $20,863.02   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,685.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reginald Sainte-Rose | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  2013 NISSAN ROGUE/SV 7/20/18 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2015;2016-2017 PP | Priority Crediors | $9,840.90 | $0.00 | $9,840.90 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2011-2012 | Unsecured Creditors | $14,118.40 | $0.00 | $14,118.40 |
| 4 | DISCOVER BANK | Unsecured Creditors | $6,445.14 | $0.00 | $6,445.14 |
| 5 | DISCOVER BANK | Unsecured Creditors | $5,946.81 | $0.00 | $5,946.81 |
| 6 | ENERBANK USA | Unsecured Creditors | $7,218.00 | $0.00 | $7,218.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.53 | $0.00 | $1,722.53 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SEARS | Unsecured Creditors | $3,835.82 | $0.00 | $3,835.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SPRINGLEAF | Unsecured Creditors | $7,675.80 | $0.00 | $7,675.80 |
| 10 | CACH LLC<br>»»  SYNCHRONY | Unsecured Creditors | $1,863.04 | $0.00 | $1,863.04 |
| 11 | ICON EQUITIES LLC<br>»»  CITI/QUANTUM | Unsecured Creditors | $2,116.20 | $0.00 | $2,116.20 |
| 12 | MUNICIPAL CREDIT UNION | Unsecured Creditors | $964.65 | $0.00 | $964.65 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK | Unsecured Creditors | $1,831.94 | $0.00 | $1,831.94 |

**Chapter 13 Case No. 16-25152 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIFINANCIAL | Unsecured Creditors | $6,648.62 | $0.00 | $6,648.62 |
| 15 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/777 BACKHUS ESTATE RD/1ST MTG/CONS ORD 12/8/16 | Mortgage Arrears | $14,233.65 | $13,868.69 | $364.96 |
| 16 | ALLY FINANCIAL<br>»» 2011 GMC ACADIA/SV 12/4/19 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA | Unsecured Creditors | $17,940.53 | $0.00 | $17,940.53 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $143.07 | $0.00 | $143.07 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $1,093.28 | $0.00 | $1,093.28 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $280.63 | $0.00 | $280.63 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $1,668.47 | $0.00 | $1,668.47 |
| 22 | PROSPER MARKETPLACE INC.<br>»» WEBBANK | Unsecured Creditors | $15,752.84 | $0.00 | $15,752.84 |
| 23 | INTERNAL REVENUE SERVICE<br>»» 2016 POST-PET (FILED BY DEBTOR)/ORD 4/4/19/WITHDRAWN 9/18/19 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 24 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16/ORDER 4/4/19 | Mortgage Arrears | $9,061.23 | $9,061.23 | $0.00 |
| 25 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 1/19/17 | Attorney Fees | $1,392.45 | $1,392.45 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 5/31/17 | Attorney Fees | $760.90 | $760.90 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 2/22/18 | Attorney Fees | $1,263.47 | $1,263.47 | $0.00 |
| 26 | INTERNAL REVENUE SERVICE<br>»» 2017 POST-PET (FILED BY DEBTOR)/ORD 4/4/19/WITHDRAWN 9/18/19 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 3/21/19 | Attorney Fees | $4,206.26 | $4,206.26 | $0.00 |
| 27 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 5/10/19 | Mortgage Arrears | $23,648.55 | $15,294.23 | $8,354.32 |
| 28 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 5/10/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» POST-PET AUTHORIZED/ORDER 9/30/19 | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-25152 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,685.50 | Plan Balance: | $51,561.47 ** |
| Paid to Claims: | $49,404.23 | Current Monthly Payment: | $1,545.04 |
| Paid to Trustee: | $3,312.52 | Arrearages: | ($2,577.10) |
| Funds on Hand: | $1,968.75 | Total Plan Base: | $106,246.97 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.