Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 16–25152–CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Reginald Sainte–Rose  
777 Backhus Estate Road  
Glen Gardner, NJ 08826–2203

Naeemah Sainte–Rose  
aka Naeemah Kai Sainte–Rose  
777 Backhus Estate Road  
Glen Gardner, NJ 08826–2203

Social Security No.:  
xxx–xx–2478

xxx–xx–0924

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 20, 2019.

On 4/30/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:      June 17, 2020  
Time:      10:00 AM  
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 1, 2020  
JAN: gan

Jeanne Naughton  
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 16-25152-CMG
Reginald Sainte-Rose                                            Chapter 13
Naeemah Sainte-Rose
       Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3             Date Rcvd: May 01, 2020
                              Form ID: 185             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
db/jdb         Reginald Sainte-Rose,    Naeemah Sainte-Rose,   777 Backhus Estate Road,
                Glen Gardner, NJ 08826-2203
lm            +Cenlar,   7 Graphics Drive,   Ewing, NJ 08628-1547
cr            +Lakeview Loan Servicing, LLC, c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516327573     +Amex Dsnb,   PO Box 8218,   Mason, OH 45040-8218
516327576    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019)
516327574     +Bank Of America,   c/o Frederic I Weinberg, Esq.,   1200 Laurel Oak Road,   Ste 104,
                Voorhees, NJ 08043-4317
516532077     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516327577     +Cap 1/Best Buy,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
516803207     +Cenlar FSB,   Attn BK Dept.,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516327581     +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
516327585      Dsnb Macys,   911 Duke Blvd,   Mason, OH 45040
516327588     +Faloni & Associates, LLC,   165 Passaic Ave, Suite 301B,   Fairfield, NJ 07004-3592
516327589     +Goodyear/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
517029061     +Lakeview Loan Servicing LLC,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
516497933     +Lakeview Loan Servicing LLC,   c/o Cenlar FSB,   Attn: BK Department,   425 Phillips Boulevard,
                Ewing, NJ 08618-1430
516327595     +NJ Motor Vehicle Commission,   Surcharge Administration Office,   PO Box 136,
                Trenton, NJ 08601-0136
516336403      Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
516327593      Nissan Motor Acceptance Corporation,   PO Box 660360,   Dallas, TX 75266-0360
516327594    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   50 Barracks Street,   PO Box 269,
                Trenton, NJ 08695)
516327599     +Sunoco/Citi,   PO Box 6497,   Sioux Falls, SD 57117-6497
516327601     +Wfds/wds,   PO Box 1697,   Winterville, NC 28590-1697
516327602     +Zwicker & Associates, P.C.,   1105 Laurel Oak Road, Suite 130,   Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2020 00:34:16    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2020 00:34:15    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516506263      E-mail/Text: ally@ebn.phinsolutions.com May 02 2020 00:33:13    Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
516327572     +E-mail/Text: ally@ebn.phinsolutions.com May 02 2020 00:33:13    Ally Financial,
                200 Renaissance Ctr,   Detroit, MI 48243-1300
516432080      E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2020 00:38:08    CACH, LLC,
                PO Box 10587,   Greenville, SC 29603-0587
516327578      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2020 00:39:54    Cap One NA,
                PO Box 71083,   Charlotte, NC 28272-1083
516361777      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2020 00:39:52    Capital One, N.A.,
                PO Box 71083,   Charlotte, NC  28272-1083
516327579     +E-mail/Text: kzoepfel@credit-control.com May 02 2020 00:34:17
                Central Loan Admin & Reporting,   425 Phillips Blvd,   Ewing, NJ 08618-1430
516327582     +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2020 00:34:14    Citifinancial,
                c/o Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
516543191      E-mail/Text: bnc-quantum@quantum3group.com May 02 2020 00:34:10
                Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
516339221      E-mail/Text: mrdiscen@discover.com May 02 2020 00:33:21    Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516327583     +E-mail/Text: mrdiscen@discover.com May 02 2020 00:33:21    Discover Fin Svcs LLC,
                PO Box 15316,   Wilmington, DE 19850-5316
516327587     +E-mail/Text: bbagley@enerbankusa.com May 02 2020 00:33:46    Enerbank Usa,
                1945 W Parnall Rd Ste 22,   Jackson, MI 49201-8658
516437154     +E-mail/Text: Bankruptcy@absoluteresolutions.com May 02 2020 00:33:11    Icon Equities LLC,
                c/o Absolute Resolutions Corp.,   8000 Norman Center Drive,   Suite 350,
                Bloomington, MN 55437-1118
516327590     +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 02 2020 00:33:44    Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516327580      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 02 2020 00:39:49    Chase Card,
                PO Box 15298,   Wilmington, DE 19850
517743575      E-mail/Text: camanagement@mtb.com May 02 2020 00:33:50    M&T Bank,   PO Box 840,
                Buffalo, NY 14240
516454439      E-mail/Text: bankruptcynotice@nymcu.org May 02 2020 00:34:38    MUNICIPAL CREDIT UNION,
                COLLECTIONS/LOSS PREVENTION DEPT.,   22 CORTLANDT ST 24 FL,   NEW YORK, NY 10007-3153
516327592      E-mail/Text: bankruptcynotice@nymcu.org May 02 2020 00:34:38    Municipal Credit Union,
                185 Montague St,   Brooklyn, NY 11201
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: May 01, 2020
                                  Form ID: 185             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516456953      +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2020 00:34:14      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
516858097       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2020 00:39:01
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516858098       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2020 00:38:59
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516548076       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2020 00:38:04
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
516327597      +E-mail/Text: bankruptcy@prosper.com May 02 2020 00:34:45      Prosper Marketplace In,
                 101 Second St, Ste 1500,    San Francisco, CA 94105-3656
516548512      +E-mail/Text: bncmail@w-legal.com May 02 2020 00:34:24      Prosper Marketplace Inc.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
516364390       E-mail/Text: bnc-quantum@quantum3group.com May 02 2020 00:34:11
                 Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516369906       E-mail/PDF: cbp@onemainfinancial.com May 02 2020 00:38:32      SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516327598       E-mail/PDF: cbp@onemainfinancial.com May 02 2020 00:38:34      Springleaf Financial,
                 601 NW 2nd St,    Evansville, IN 47708
518696749      +E-mail/PDF: gecsedi@recoverycorp.com May 02 2020 00:39:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516327600      +E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2020 00:38:08      Synchrony Bank,
                 c/o Cach LLC,    4340 S Monaco Street,    Denver, CO 80237-3485
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,    PO Box 130424,    Roseville, MN  55113-0004
cr*            +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
516327575*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998)
516327584*     +Discover Fin Svcs LLC,    PO Box 15316,    Wilmington, DE 19850-5316
516327586*      Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
517029062*     +Lakeview Loan Servicing LLC,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
516327596*     +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                 Trenton, NJ 08601-0136
518249966*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695)
516327591      ##+Lakeview Loan Servicing,    1301 Virginia Drive,    Fort Washington, PA 19034-3261
                                                                                        TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: May 01, 2020
                              Form ID: 185             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Kevin Gordon McDonald   on behalf of Creditor   LakeView Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Rebecca Ann Solarz   on behalf of Creditor   LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
      Robert P. Saltzman   on behalf of Creditor   Lakeview Loan Servicing, LLC, c/o Cenlar FSB dnj@pbslaw.org
      William S. Wolfson   on behalf of Debtor Reginald  Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net
      William S. Wolfson   on behalf of Joint Debtor Naeemah  Sainte-Rose wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

                                                                                                                TOTAL: 11