UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1140.57126
WW4019

**Order Filed on September 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Reginald and Naeemah Sainte-Rose, Debtors

Case No.:    16-25152

Chapter:    13

Judge:    Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ William S. Wolfson _____, the applicant, is allowed a fee of $ _____ 2,070.00 _____ for services rendered and expenses in the amount of $ _____ 0.65 _____ for a total of $ _____ 2,070.65 _____ . The allowance is payable:

&#9747; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _357.16/866.16_ per month for _____ 7/28 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-25152-CMG
Reginald Sainte-Rose                                            Chapter 13
Naeemah Sainte-Rose
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin          Page 1 of 1            Date Rcvd: Sep 17, 2020
                               Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb        Reginald Sainte-Rose,   Naeemah Sainte-Rose,   777 Backhus Estate Road,
              Glen Gardner, NJ  08826-2203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor    Nissan Motor Acceptance Corporation
         ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        John R. Morton, Jr.   on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Kevin Gordon McDonald   on behalf of Creditor    LakeView Loan Servicing, LLC
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    LakeView Loan Servicing, LLC rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    Lakeview Loan Servicing, LLC, c/o Cenlar FSB
         dnj@pbslaw.org
        William S. Wolfson   on behalf of Joint Debtor Naeemah  Sainte-Rose wwolfsonlaw@comcast.net,
         liza.wwolfsonlaw@comcast.net
        William S. Wolfson   on behalf of Debtor Reginald  Sainte-Rose wwolfsonlaw@comcast.net,
         liza.wwolfsonlaw@comcast.net
                                                                                   TOTAL: 11