UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

REGINALD SAINTE-ROSE
NAEEMAH SAINTE-ROSE

Debtor

Case No.: 16-25152 CMG

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          x Withdrawn

Matter: The Notice of Final Cure Payment, Doc #192, was filed in error on 1/28/21.

_____

Date: 2/8/21

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*