| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 16-25152 / CMG

Reginald Sainte-Rose
Naeemah Sainte-Rose

Petition Filed Date: 08/08/2016
341 Hearing Date: 09/15/2016
Confirmation Date: 06/17/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $2,121.50 | 65280750 | 06/01/2020 | $345.04 | 68296340 | 07/01/2020 | $298.00 | 69067970 |
| 08/03/2020 | $298.00 | 69873380 | 08/31/2020 | $298.00 | 70487870 | 10/05/2020 | $298.00 | 71335930 |
| 11/02/2020 | $357.16 | 71985260 | 12/01/2020 | $357.16 | 72708250 | 01/04/2021 | $357.16 | 73435870 |
| 02/02/2021 | $357.16 | 74227350 | | | | | | |

**Total Receipts for the Period:  $5,087.18    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $57,651.18**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reginald Sainte-Rose | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2013 NISSAN ROGUE/SV 7/20/18 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015;2016-2017 PP | Priority Crediors | $9,840.90 | $0.00 | $9,840.90 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011-2012 | Unsecured Creditors | $14,118.40 | $0.00 | $14,118.40 |
| 4 | DISCOVER BANK | Unsecured Creditors | $6,445.14 | $0.00 | $6,445.14 |
| 5 | DISCOVER BANK | Unsecured Creditors | $5,946.81 | $0.00 | $5,946.81 |
| 6 | ENERBANK USA | Unsecured Creditors | $7,218.00 | $0.00 | $7,218.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.53 | $0.00 | $1,722.53 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SEARS | Unsecured Creditors | $3,835.82 | $0.00 | $3,835.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SPRINGLEAF | Unsecured Creditors | $7,675.80 | $0.00 | $7,675.80 |
| 10 | CACH LLC<br>»» SYNCHRONY | Unsecured Creditors | $1,863.04 | $0.00 | $1,863.04 |
| 11 | ICON EQUITIES LLC<br>»» CITI/QUANTUM | Unsecured Creditors | $2,116.20 | $0.00 | $2,116.20 |
| 12 | MUNICIPAL CREDIT UNION | Unsecured Creditors | $964.65 | $0.00 | $964.65 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $1,831.94 | $0.00 | $1,831.94 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIFINANCIAL | Unsecured Creditors | $6,648.62 | $0.00 | $6,648.62 |
| 15 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/777 BACKHUS ESTATE RD/1ST MTG/CONS ORD 12/8/16 | Mortgage Arrears | $14,233.65 | $13,951.10 | $282.55 |
| 16 | ALLY FINANCIAL<br>»» 2011 GMC ACADIA/SV 12/4/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA | Unsecured Creditors | $17,940.53 | $0.00 | $17,940.53 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $143.07 | $0.00 | $143.07 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $1,093.28 | $0.00 | $1,093.28 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $280.63 | $0.00 | $280.63 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $1,668.47 | $0.00 | $1,668.47 |
| 22 | PROSPER MARKETPLACE INC.<br>»» WEBBANK | Unsecured Creditors | $15,752.84 | $0.00 | $15,752.84 |
| 23 | INTERNAL REVENUE SERVICE<br>»» 2016 POST-PET (FILED BY DEBTOR)/ORD 4/4/19 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 24 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16/ORDER 4/4/19 | Mortgage Arrears | $9,061.23 | $9,061.23 | $0.00 |
| 25 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 1/19/17 | Attorney Fees | $1,392.45 | $1,392.45 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 5/31/17 | Attorney Fees | $760.90 | $760.90 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 2/22/18 | Attorney Fees | $1,263.47 | $1,263.47 | $0.00 |
| 26 | INTERNAL REVENUE SERVICE<br>»» 2017 POST-PET (FILED BY DEBTOR)/ORD 4/4/19 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 3/21/19 | Attorney Fees | $4,206.26 | $4,206.26 | $0.00 |
| 27 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 5/10/19 | Mortgage Arrears | $23,648.55 | $17,180.57 | $6,467.98 |
| 28 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 5/10/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» POST-PET AUTHORIZED/ORDER 9/30/19 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 6/4/20 | Attorney Fees | $7,111.40 | $1,707.82 | $5,403.58 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 9/17/20 | Attorney Fees | $2,070.65 | $357.88 | $1,712.77 |

**Chapter 13 Case No. 16-25152 / CMG**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,651.18 | Plan Balance: | $25,671.36 ** |
| Paid to Claims: | $53,438.68 | Current Monthly Payment: | $357.16 |
| Paid to Trustee: | $3,541.76 | Arrearages: | $59.16 |
| Funds on Hand: | $670.74 | Total Plan Base: | $83,322.54 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.