| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 16-25152 / CMG

Reginald Sainte-Rose  
Naeemah Sainte-Rose

Petition Filed Date: 08/08/2016  
341 Hearing Date: 09/15/2016  
Confirmation Date: 06/17/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $357.16 | 73435870 | 02/02/2021 | $357.16 | 74227350 | 03/01/2021 | $357.16 | 74832820 |
| 03/30/2021 | $357.16 | 75611550 | 05/03/2021 | $357.16 | 76345430 | 05/28/2021 | $940.00 | 77011690 |
| 06/18/2021 | $940.00 | 77502290 | 08/02/2021 | $909.39 | 78478630 | 09/02/2021 | $909.39 | 79157780 |
| 10/05/2021 | $909.39 | 79953470 | 11/03/2021 | $909.39 | 80595830 | 11/30/2021 | $909.39 | 81113490 |
| 12/28/2021 | $909.39 | 81683120 | 01/18/2022 | $909.39 | 82118640 | | | |

**Total Receipts for the Period: $10,031.53    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $66,968.39**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reginald Sainte-Rose | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»» 2013 NISSAN ROGUE/SV 7/20/18 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2015;2016-2017 PP | Priority Crediors | $9,840.90 | $0.00 | $9,840.90 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2011-2012 | Unsecured Creditors | $14,118.40 | $0.00 | $14,118.40 |
| 4 | DISCOVER BANK | Unsecured Creditors | $6,445.14 | $0.00 | $6,445.14 |
| 5 | DISCOVER BANK | Unsecured Creditors | $5,946.81 | $0.00 | $5,946.81 |
| 6 | ENERBANK USA | Unsecured Creditors | $7,218.00 | $0.00 | $7,218.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,722.53 | $0.00 | $1,722.53 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SEARS | Unsecured Creditors | $3,835.82 | $0.00 | $3,835.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SPRINGLEAF | Unsecured Creditors | $7,675.80 | $0.00 | $7,675.80 |
| 10 | CACH LLC<br>»» SYNCHRONY | Unsecured Creditors | $1,863.04 | $0.00 | $1,863.04 |
| 11 | ICON EQUITIES LLC<br>»» CITI/QUANTUM | Unsecured Creditors | $2,116.20 | $0.00 | $2,116.20 |
| 12 | MUNICIPAL CREDIT UNION | Unsecured Creditors | $964.65 | $0.00 | $964.65 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $1,831.94 | $0.00 | $1,831.94 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIFINANCIAL | Unsecured Creditors | $6,648.62 | $0.00 | $6,648.62 |
| 15 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/777 BACKHUS ESTATE RD/1ST MTG/CONS ORD 12/8/16 | Mortgage Arrears | $14,233.65 | $13,951.10 | $282.55 |
| 16 | ALLY FINANCIAL<br>»» 2011 GMC ACADIA/SV 12/4/19 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA | Unsecured Creditors | $17,940.53 | $0.00 | $17,940.53 |
| 18 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $143.07 | $0.00 | $143.07 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $1,093.28 | $0.00 | $1,093.28 |
| 20 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $280.63 | $0.00 | $280.63 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GOODYEAR | Unsecured Creditors | $1,668.47 | $0.00 | $1,668.47 |
| 22 | PROSPER MARKETPLACE INC.<br>»» WEBBANK | Unsecured Creditors | $15,752.84 | $0.00 | $15,752.84 |
| 23 | INTERNAL REVENUE SERVICE<br>»» 2016 POST-PET (FILED BY DEBTOR)/ORD 4/4/19 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 24 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16/ORDER 4/4/19 | Mortgage Arrears | $9,061.23 | $9,061.23 | $0.00 |
| 25 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 12/30/16 | Mortgage Arrears | $526.00 | $526.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 1/19/17 | Attorney Fees | $1,392.45 | $1,392.45 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 5/31/17 | Attorney Fees | $760.90 | $760.90 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 2/22/18 | Attorney Fees | $1,263.47 | $1,263.47 | $0.00 |
| 26 | INTERNAL REVENUE SERVICE<br>»» 2017 POST-PET (FILED BY DEBTOR)/ORD 4/4/19 | Priority Crediors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 3/21/19 | Attorney Fees | $4,206.26 | $4,206.26 | $0.00 |
| 27 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 5/10/19 | Mortgage Arrears | $23,648.55 | $17,366.79 | $6,281.76 |
| 28 | LAKEVIEW LOAN SERVICING<br>»» 777 BACKHUS ESTATE ROAD/ORDER 5/10/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 29 | NJ DIVISION OF TAXATION<br>»» POST-PET AUTHORIZED/ORDER 9/30/19 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 6/4/20 | Attorney Fees | $7,111.40 | $7,111.40 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 9/17/20 | Attorney Fees | $2,070.65 | $2,070.65 | $0.00 |
| 0 | WILLIAM S WOLFSON, ESQ<br>»» ORDER 6/17/21 | Attorney Fees | $1,124.02 | $1,124.02 | $0.00 |

**Chapter 13 Case No. 16-25152 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $66,968.39 | Plan Balance: | $17,603.15 ** |
| Paid to Claims: | $61,865.27 | Current Monthly Payment: | $909.39 |
| Paid to Trustee: | $4,261.99 | Arrearages: | $463.71 |
| Funds on Hand: | $841.13 | Total Plan Base: | $84,571.54 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.