Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−25152−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Reginald Sainte−Rose                              Naeemah Sainte−Rose
   777 Backhus Estate Road                     aka Naeemah Kai Sainte−Rose
   Glen Gardner, NJ 08826−2203           777 Backhus Estate Road
                                                            Glen Gardner, NJ 08826−2203

Social Security No.:
   xxx−xx−2478                                               xxx−xx−0924

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 26, 2020.

   On 3/29/2022 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            May 4, 2022
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 30, 2022
JAN: gan

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-25152-CMG

Reginald Sainte-Rose  Chapter 13

Naeemah Sainte-Rose

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Mar 30, 2022  Form ID: 185  Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Reginald Sainte-Rose, Naeemah Sainte-Rose, 777 Backhus Estate Road, Glen Gardner, NJ 08826-2203 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| cr | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327573 | + | Amex Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 516327576 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 516327574 | + | Bank Of America, c/o Frederic I Weinberg, Esq., 1200 Laurel Oak Road, Ste 104, Voorhees, NJ 08043-4317 |
| 516532077 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516803207 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, Cenlar FSB, Attn BK Dept., 425 Phillips Boulevard, Ewing, NJ 08618 |
| 516327577 | + | Cap 1/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516327588 | + | Faloni & Associates, LLC, 165 Passaic Ave, Suite 301B, Fairfield, NJ 07004-3592 |
| 516327591 | + | Lakeview Loan Servicing, 1301 Virginia Drive, Fort Washington, PA 19034-3231 |
| 517029061 | + | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516497933 | + | Lakeview Loan Servicing LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327595 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 516336403 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 516327593 | | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 516327597 | + | Prosper Marketplace In, 101 Second St, Ste 1500, San Francisco, CA 94105-3656 |
| 518249966 | | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 516327601 | + | Wfds/wds, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 30 2022 20:28:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516506263 | | Email/Text: ally@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516327572 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516432080 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 20:32:49 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516803207 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 30 2022 20:28:00 | Cenlar FSB, Attn BK Dept., 425 Phillips Boulevard, Ewing, NJ 08618 |

Case 16-25152-CMG    Doc 209    Filed 04/01/22    Entered 04/02/22 00:13:14    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 185 | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 516327578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:48 | Cap One NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 516361777 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:58 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516327579 | + | Email/Text: clientservices@credit-control.com | Mar 30 2022 20:28:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516327581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:51 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516327582 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 20:28:00 | Citifinancial, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 516327585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:51 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516543191 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 20:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516339221 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516327583 | + | Email/Text: mrdiscen@discover.com | Mar 30 2022 20:28:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516327587 | + | Email/Text: bbagley@enerbankusa.com | Mar 30 2022 20:28:00 | Enerbank Usa, 1945 W Parnall Rd Ste 22, Jackson, MI 49201-8658 |
| 516327589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:51 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516437154 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 30 2022 20:28:00 | Icon Equities LLC, c/o Absolute Resolutions Corp., 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 516327590 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2022 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516327580 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 20:32:53 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516497933 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 30 2022 20:28:00 | Lakeview Loan Servicing LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517743575 | | Email/Text: camanagement@mtb.com | Mar 30 2022 20:28:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 516454439 | | Email/Text: bankruptcynotice@nymcu.org | Mar 30 2022 20:28:00 | MUNICIPAL CREDIT UNION, COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 516327592 | | Email/Text: bankruptcynotice@nymcu.org | Mar 30 2022 20:28:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 516456953 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 20:28:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516858097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516858098 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516548076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:54 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516548512 | + | Email/Text: bncmail@w-legal.com | Mar 30 2022 20:28:00 | Prosper Marketplace Inc., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516364390 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 20:28:00 | Quantum3 Group LLC as agent for, Crown Asset |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516369906 | | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 20:32:47 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516327598 | | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 20:32:57 | Springleaf Financial, 601 NW 2nd St, Evansville, IN 47708 |
| 516327594 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 30 2022 20:28:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 516327599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:51 | Sunoco/Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516327600 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 20:32:50 | Synchrony Bank, c/o Cach LLC, 4340 S Monaco Street, Denver, CO 80237-3485 |
| 518696749 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516327602 | + | Email/Text: bkfilings@zwickerpc.com | Mar 30 2022 20:28:00 | Zwicker & Associates, P.C., 1105 Laurel Oak Road, Suite 130, Voorhees, NJ 08043-4312 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516327575 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516327586 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516327584 | *+ | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517029062 | *+ | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327596 | *+ | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 185 | Total Noticed: 54 |

| | |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor LakeView Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dnj@pbslaw.org |
| William S. Wolfson | on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |
| William S. Wolfson | on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 12