**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

 0  Valuation of Security    0  Assumption of Executory Contract or Unexpired Lease    0  Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:
Reginald Sainte-Rose and Naeemah Sainte-Rose

Debtor(s)

Case No.: 16-25152

Judge: Christine Gravelle

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: March 25, 2022
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __WSW__    Initial Debtor: __RSR__    Initial Co-Debtor: __NKSR__

## Part 1: Payment and Length of Plan

a. The debtor shall pay $ __914.00__ per __month__ to the Chapter 13 Trustee, starting on __May 1, 2022__ for approximately __16__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings

- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

*The Debtors have paid $68,787.17 in plan payments up to March 24, 2022
The debtors obtained a mortgage modification with M & T Bank approved by this Court on 3/2/2022.
Prior plan extended to 84 months per Court's order dated June 26, 2020. This modification continues the 84 month plan length.
Minor child's chronic illness requires special diet, frequent hospital visits and increases food and medical expenses. This impacts budget.
19 year old child was attending college but suffered catastrophic auto accident on December 11, 2021 and is comatose.
Mr. Sainte-Rose's severance ends in November 2022. He is seeking employment as a school superintendent or principal. Mrs. Sainte-Rose's income varies.

**Part 2:    Adequate Protection ☐ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ ____3,252.57____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____M & T Bank_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ as allowed |
| DOMESTIC SUPPORT OBLIGATION | not applicable | not applicable |
| Internal Revenue Service | Priority Tax Debt  11 USC 508 ( a) ( 8) | $ 9,840.90 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| not applicable | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:   Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

M & T Bank Mortgage will be paid as per modification approved by Court on 3/2/2022.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Debtors' Counsel Fees as allowed
3) Priority Tax claims of the Internal Revenue Service
4) general unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: June 6, 2020 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Mortgage modification received post petition mortgage arrears are now being capitalized in the modified mortgage instead of being paid inside the plan to the Chapter 13 Trustee , <br><br> priority tax claim to be paid in plan. <br><br> Husband will lose income in November 2022 when severance package and medical benefits end. <br><br> Inflation has increased living expenses and family has increased medical expenses. | Trustee payment increased to $914/month for payment of Federal Priority income tax . <br><br> Plan preserves CARES ACT extension to 84 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: March 28, 2022                              /s/Reginald Sainte-Rose
                                                  Debtor

Date: March 28, 2022                              /s/Naeemah Sainte-Rose
                                                  Joint Debtor

Date: March 29, 2022                              /s/William S.Wolfson,Esq.
                                                  Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 16-25152-CMG

Reginald Sainte-Rose      Chapter 13

Naeemah Sainte-Rose

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Mar 30, 2022     Form ID: pdf901     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Reginald Sainte-Rose, Naeemah Sainte-Rose, 777 Backhus Estate Road, Glen Gardner, NJ 08826-2203 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| cr | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327573 | + | Amex Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 516327576 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 516327574 | + | Bank Of America, c/o Frederic I Weinberg, Esq., 1200 Laurel Oak Road, Ste 104, Voorhees, NJ 08043-4317 |
| 516532077 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516803207 | ++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430 address filed with court:, Cenlar FSB, Attn BK Dept., 425 Phillips Boulevard, Ewing, NJ 08618 |
| 516327577 | + | Cap 1/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516327588 | + | Faloni & Associates, LLC, 165 Passaic Ave, Suite 301B, Fairfield, NJ 07004-3592 |
| 516327591 | + | Lakeview Loan Servicing, 1301 Virginia Drive, Fort Washington, PA 19034-3231 |
| 517029061 | + | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516497933 | + | Lakeview Loan Servicing LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327595 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 516336403 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 516327593 | | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 516327597 | + | Prosper Marketplace In, 101 Second St, Ste 1500, San Francisco, CA 94105-3656 |
| 518249966 | | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 516327601 | + | Wfds/wds, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKelectronicnotices@cenlar.com | Mar 30 2022 20:28:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516506263 | | Email/Text: ally@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516327572 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 30 2022 20:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516432080 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 20:32:50 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516803207 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 30 2022 20:28:00 | Cenlar FSB, Attn BK Dept., 425 Phillips Boulevard, Ewing, NJ 08618 |

Case 16-25152-CMG    Doc 210    Filed 04/01/22    Entered 04/02/22 00:13:14    Desc
                      Imaged Certificate of Notice    Page 12 of 14

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: pdf901 | Total Noticed: 54 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 516327578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:58 | Cap One NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 516361777 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 20:32:58 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516327579 | + | Email/Text: clientservices@credit-control.com | Mar 30 2022 20:28:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516327581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:33:01 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516327582 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 20:28:00 | Citifinancial, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 516327585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:33:01 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516543191 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 20:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516339221 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516327583 | + | Email/Text: mrdiscen@discover.com | Mar 30 2022 20:28:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516327587 | + | Email/Text: bbagley@enerbankusa.com | Mar 30 2022 20:28:00 | Enerbank Usa, 1945 W Parnall Rd Ste 22, Jackson, MI 49201-8658 |
| 516327589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:32:50 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516437154 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 30 2022 20:28:00 | Icon Equities LLC, c/o Absolute Resolutions Corp., 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 516327590 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2022 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516327580 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 20:32:53 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516497933 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 30 2022 20:28:00 | Lakeview Loan Servicing LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517743575 | | Email/Text: camanagement@mtb.com | Mar 30 2022 20:28:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 516454439 | | Email/Text: bankruptcynotice@nymcu.org | Mar 30 2022 20:28:00 | MUNICIPAL CREDIT UNION, COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 516327592 | | Email/Text: bankruptcynotice@nymcu.org | Mar 30 2022 20:28:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 516456953 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 20:28:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516858097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516858098 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516548076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 20:32:59 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516548512 | + | Email/Text: bncmail@w-legal.com | Mar 30 2022 20:28:00 | Prosper Marketplace Inc., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516364390 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 20:28:00 | Quantum3 Group LLC as agent for, Crown Asset |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: pdf901 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516369906 | | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 20:32:57 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516327598 | | Email/PDF: cbp@onemainfinancial.com | Mar 30 2022 20:32:52 | Springleaf Financial, 601 NW 2nd St, Evansville, IN 47708 |
| 516327594 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 30 2022 20:28:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 516327599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 20:33:01 | Sunoco/Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516327600 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 20:32:50 | Synchrony Bank, c/o Cach LLC, 4340 S Monaco Street, Denver, CO 80237-3485 |
| 518696749 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 20:32:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516327602 | + | Email/Text: bkfilings@zwickerpc.com | Mar 30 2022 20:28:00 | Zwicker & Associates, P.C., 1105 Laurel Oak Road, Suite 130, Voorhees, NJ 08043-4312 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516327575 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516327586 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516327584 | *+ | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517029062 | *+ | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327596 | *+ | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: pdf901 | Total Noticed: 54 |

Albert Russo
    docs@russotrustee.com

Brian C. Nicholas
    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor LakeView Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dnj@pbslaw.org

William S. Wolfson
    on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William S. Wolfson
    on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 12