Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  16−25152−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Reginald Sainte−Rose                              Naeemah Sainte−Rose
   777 Backhus Estate Road                      aka Naeemah Kai Sainte−Rose
   Glen Gardner, NJ 08826−2203             777 Backhus Estate Road
                                                        Glen Gardner, NJ 08826−2203

Social Security No.:
   xxx−xx−2478                                          xxx−xx−0924

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 5, 2022.

Dated: May 5, 2022
JAN: dmi

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Reginald Sainte-Rose  
Naeemah Sainte-Rose  
    Debtors

Case No. 16-25152-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: May 05, 2022      Form ID: plncf13      Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Reginald Sainte-Rose, Naeemah Sainte-Rose, 777 Backhus Estate Road, Glen Gardner, NJ 08826-2203 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| 516327574 | + | Bank Of America, c/o Frederic I Weinberg, Esq., 1200 Laurel Oak Road, Ste 104, Voorhees, NJ 08043-4317 |
| 516327577 | + | Cap 1/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516327588 | + | Faloni & Associates, LLC, 165 Passaic Ave, Suite 301B, Fairfield, NJ 07004-3592 |
| 516327591 | + | Lakeview Loan Servicing, 4425 Ponce de Leon Blvd., MS 5-251, Coral Gables, FL 33146-1873 |
| 517029061 | + | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327595 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 516327597 | + | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518249966 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 516327601 | + | Wfds/wds, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | May 05 2022 20:39:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516506263 | | Email/Text: ally@ebn.phinsolutions.com | May 05 2022 20:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516327572 | + | Email/Text: ally@ebn.phinsolutions.com | May 05 2022 20:39:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516327573 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2022 20:41:18 | Amex Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 516327576 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 05 2022 20:39:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 516327575 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 05 2022 20:39:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516532077 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 05 2022 20:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516432080 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2022 20:41:09 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516803207 | | Email/Text: BKelectronicnotices@cenlar.com | | |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 516327578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2022 20:39:00 | Cenlar FSB, Attn BK Dept., 425 Phillips Boulevard, Ewing, NJ 08618 |
| 516361777 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2022 20:41:06 | Cap One NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 516327579 | + | Email/Text: clientservices@credit-control.com | May 05 2022 20:41:14 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516327581 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2022 20:39:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516327582 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 20:41:10 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516327585 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2022 20:39:00 | Citifinancial, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 516543191 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2022 20:41:17 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516339221 | | Email/Text: mrdiscen@discover.com | May 05 2022 20:39:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516327583 | + | Email/Text: mrdiscen@discover.com | May 05 2022 20:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516327587 | + | Email/Text: bbagley@enerbankusa.com | May 05 2022 20:39:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516327589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2022 20:39:00 | Enerbank Usa, 1945 W Parnall Rd Ste 22, Jackson, MI 49201-8658 |
| 516437154 | + | Email/Text: Bankruptcy@absoluteresolutions.com | May 05 2022 20:41:17 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516327590 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2022 20:39:00 | Icon Equities LLC, c/o Absolute Resolutions Corp., 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 516327580 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 05 2022 20:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516497933 | + | Email/Text: BKelectronicnotices@cenlar.com | May 05 2022 20:41:05 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 517743575 | | Email/Text: camanagement@mtb.com | May 05 2022 20:39:00 | Lakeview Loan Servicing LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516454439 | | Email/Text: bankruptcynotice@nymcu.org | May 05 2022 20:39:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| | | | May 05 2022 20:40:00 | MUNICIPAL CREDIT UNION, COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 516327592 | | Email/Text: bankruptcynotice@nymcu.org | May 05 2022 20:40:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 516456953 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2022 20:39:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516336403 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 05 2022 20:39:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 516327593 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 05 2022 20:39:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 516858097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2022 20:41:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516858098 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2022 20:41:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516548076 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2022 20:41:09 | | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516327597 | ^ | MEBN | May 05 2022 20:36:41 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 516548512 | + | Email/Text: bncmail@w-legal.com | May 05 2022 20:39:00 | Prosper Marketplace Inc., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516364390 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2022 20:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516369906 | | Email/PDF: cbp@onemainfinancial.com | May 05 2022 20:41:14 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516327598 | | Email/PDF: cbp@onemainfinancial.com | May 05 2022 20:41:14 | Springleaf Financial, 601 NW 2nd St, Evansville, IN 47708 |
| 516327594 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 05 2022 20:39:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 516327599 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2022 20:41:24 | Sunoco/Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516327600 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2022 20:41:17 | Synchrony Bank, c/o Cach LLC, 4340 S Monaco Street, Denver, CO 80237-3485 |
| 518696749 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2022 20:41:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516327602 | + | Email/Text: bkfilings@zwickerpc.com | May 05 2022 20:40:00 | Zwicker & Associates, P.C., 1105 Laurel Oak Road, Suite 130, Voorhees, NJ 08043-4312 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516327586 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516327584 | *+ | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517029062 | *+ | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327596 | *+ | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor LakeView Loan Servicing LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing LLC rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Lakeview Loan Servicing LLC, c/o Cenlar FSB dnj@pbslaw.org |
| William S. Wolfson | on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |
| William S. Wolfson | on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 12