UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Reginald Sainte-Rose
Naeemah Sainte-Rose

Debtor(s)

Case No.: 16-25152 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/13/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  4/13/2023

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Reginald Sainte-Rose<br>Naeemah Sainte-Rose<br>777 Backhus Estate Road<br>Glen Gardner, NJ  08826-2203 | Debtor(s) | Regular Mail |
| WILLIAM S WOLFSON, ESQ<br>STE 1100<br>260 US HIGHWAY 202/31<br>FLEMINGTON, NJ  08822 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |