Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–25152–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Reginald Sainte–Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826–2203

Naeemah Sainte–Rose
aka Naeemah Kai Sainte–Rose
777 Backhus Estate Road
Glen Gardner, NJ 08826–2203

Social Security No.:
xxx–xx–2478

xxx–xx–0924

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/3/23 at 09:00 AM

to consider and act upon the following:

*233* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/27/2023. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 4/24/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court