| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Reginald Sainte-Rose<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-2478<br>EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Naeemah Sainte-Rose<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-0924<br>EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16-25152-CMG | | |

## Order of Discharge                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Reginald Sainte-Rose               Naeemah Sainte-Rose
                                   aka Naeemah Kai Sainte-Rose

11/6/23                            **By the court:** Christine M. Gravelle
                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-25152-CMG

Reginald Sainte-Rose  Chapter 13

Naeemah Sainte-Rose

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4

Date Rcvd: Nov 06, 2023      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Reginald Sainte-Rose, Naeemah Sainte-Rose, 777 Backhus Estate Road, Glen Gardner, NJ 08826-2203 |
| lm | + | Cenlar, 7 Graphics Drive, Ewing, NJ 08628-1547 |
| 516327574 | + | Bank Of America, c/o Frederic I Weinberg, Esq., 1200 Laurel Oak Road, Ste 104, Voorhees, NJ 08043-4317 |
| 516327577 | + | Cap 1/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 516327588 | + | Faloni & Associates, LLC, 165 Passaic Ave, Suite 301B, Fairfield, NJ 07004-3592 |
| 517029061 | + | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327595 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 518249966 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 06 2023 21:01:00 | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516506263 | | EDI: GMACFS.COM | Nov 07 2023 01:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516327572 | + | EDI: GMACFS.COM | Nov 07 2023 01:36:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516327573 | + | EDI: CITICORP.COM | Nov 07 2023 01:36:00 | Amex Dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 516327576 | | EDI: BANKAMER.COM | Nov 07 2023 01:36:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 516327575 | | EDI: BANKAMER.COM | Nov 07 2023 01:36:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516532077 | + | EDI: BANKAMER2.COM | Nov 07 2023 01:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516432080 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 21:10:22 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 516803207 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 06 2023 21:01:00 | Cenlar FSB, Attn BK Dept., 425 Phillips Boulevard, Ewing, NJ 08618 |
| 516327578 | | EDI: CAPITALONE.COM | | |

Case 16-25152-CMG    Doc 249    Filed 11/08/23    Entered 11/09/23 00:16:04    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 06, 2023 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- |
| 516361777 | EDI: CAPITALONE.COM | Nov 07 2023 01:36:00 | Cap One NA, PO Box 71083, Charlotte, NC 28272-1083 |
| | | Nov 07 2023 01:36:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516327579 | + Email/Text: clientservices@credit-control.com | Nov 06 2023 21:02:00 | Central Loan Admin & Reporting, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516327581 | + EDI: CITICORP.COM | Nov 07 2023 01:36:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516327582 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2023 21:02:00 | Citifinancial, c/o Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 516327585 | EDI: CITICORP.COM | Nov 07 2023 01:36:00 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516543191 | EDI: Q3G.COM | Nov 07 2023 01:36:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516339221 | EDI: DISCOVER.COM | Nov 07 2023 01:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516327583 | + EDI: DISCOVER.COM | Nov 07 2023 01:36:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516327587 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Nov 06 2023 21:02:00 | Enerbank Usa, 1945 W Parnall Rd Ste 22, Jackson, MI 49201-8658 |
| 516327589 | + EDI: CITICORP.COM | Nov 07 2023 01:36:00 | Goodyear/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516437154 | + Email/Text: Bankruptcy@absoluteresolutions.com | Nov 06 2023 21:01:00 | Icon Equities LLC, c/o Absolute Resolutions Corp., 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 516327590 | + EDI: IRS.COM | Nov 07 2023 01:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516327580 | EDI: JPMORGANCHASE | Nov 07 2023 01:36:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 516327591 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 06 2023 21:01:00 | Lakeview Loan Servicing, 4425 Ponce de Leon Blvd., MS 5-251, Coral Gables, FL 33146-1837 |
| 516497933 | + Email/Text: BKelectronicnotices@cenlar.com | Nov 06 2023 21:01:00 | Lakeview Loan Servicing LLC, c/o Cenlar FSB, Attn: BK Department, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517743575 | Email/Text: camanagement@mtb.com | Nov 06 2023 21:02:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 516454439 | Email/Text: bankruptcynotice@nymcu.org | Nov 06 2023 21:03:00 | MUNICIPAL CREDIT UNION, COLLECTIONS/LOSS PREVENTION DEPT., 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 516327592 | Email/Text: bankruptcynotice@nymcu.org | Nov 06 2023 21:03:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 516456953 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2023 21:02:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516336403 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 06 2023 21:01:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 516327593 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 06 2023 21:01:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 516858097 | EDI: PRA.COM | Nov 07 2023 01:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516858098 | EDI: PRA.COM | Nov 07 2023 01:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

Case 16-25152-CMG    Doc 249    Filed 11/08/23    Entered 11/09/23 00:16:04    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516548076 | | EDI: PRA.COM | Nov 07 2023 01:36:00 | Portfolio Recovery Associates, LLC, c/o Goodyear, POB 41067, Norfolk VA 23541 |
| 516327597 | ^ | MEBN | Nov 06 2023 20:51:25 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 516548512 | + | Email/Text: bncmail@w-legal.com | Nov 06 2023 21:02:00 | Prosper Marketplace Inc., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516364390 | | EDI: Q3G.COM | Nov 07 2023 01:36:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516369906 | | EDI: AGFINANCE.COM | Nov 07 2023 01:36:00 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516327598 | | EDI: AGFINANCE.COM | Nov 07 2023 01:36:00 | Springleaf Financial, 601 NW 2nd St, Evansville, IN 47708 |
| 516327594 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 06 2023 21:01:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 516327599 | + | EDI: CITICORP.COM | Nov 07 2023 01:36:00 | Sunoco/Citi, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516327600 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2023 20:59:52 | Synchrony Bank, c/o Cach LLC, 4340 S Monaco Street, Denver, CO 80237-3485 |
| 518696749 | + | EDI: RMSC.COM | Nov 07 2023 01:36:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516327601 | + | EDI: WFFC2 | Nov 07 2023 01:36:00 | Wfds/wds, PO Box 1697, Winterville, NC 28590-1697 |
| 516327602 | + | Email/Text: bkfilings@zwickerpc.com | Nov 06 2023 21:03:00 | Zwicker & Associates, P.C., 1105 Laurel Oak Road, Suite 130, Voorhees, NJ 08043-4312 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516327586 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516327584 | *+ | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517029062 | *+ | Lakeview Loan Servicing LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 516327596 | *+ | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 06, 2023 | Form ID: 3180W | Total Noticed: 55

Date: Nov 08, 2023          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor LakeView Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dnj@pbslaw.org |
| William S. Wolfson | on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |
| William S. Wolfson | on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net |

TOTAL: 11