Order Filed on November 16, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126 |

| IN THE MATTER OF | CASE NO.: 16-25152 |
|---|---|
| Reginald and Naeemah Sainte-Rose, Debtor(s) | CHAPTER 13<br>HEARING DATE:  11/15/23<br>JUDGE: Christine M. Gravelle |

### ORDER AUTHORIZING DEBTORS TO BORROW MONEY FROM THE NEW JERSEY EMERGENCY RESCUE MORTGAGE ASSISTANCE ("ERMA") PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

**DATED: November 16, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER AUTHORIZING DEBTORS TO BORROW MONEY FROM THE NEW JERSEY EMERGENCY RESCUE MORTGAGE ASSISTANCE ("ERMA") PROGRAM
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to the Chapter 13 Standing Trustee it is hereby:

ORDERED that

1. The Court authorizes the debtors to borrow the sum of $56,745.66 from the New Jersey Emergency Rescue Mortgage Assistance program and to grant a mortgage lien on their home at 777 Backhus Estate Road, Glen Gardner, New Jersey 08826-2203.

2. The Court finds that the debtors have completed all trustee payments under the plan and that no creditor will be adversely affected by the relief granted in this order.

3. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.

–