

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Reginald and Naeemah Sainte-Rose<br>Our File No.   1140.57126 | **Order Filed on November 16, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Reginald and Naeemah Sainte-Rose, Debtor(s) | CASE NO.: 16-25152<br>CHAPTER 13<br>HEARING DATE:  11/15/23<br>JUDGE: Christine M. Gravelle |

**ORDER AUTHORIZING DEBTORS TO BORROW MONEY FROM THE NEW JERSEY EMERGENCY RESCUE MORTGAGE ASSISTANCE ("ERMA") PROGRAM**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

**DATED: November 16, 2023**

_Honorable Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor(s): Reginald and Naeemah Sainte-Rose
Case No.: 16-25152
Caption of Order: ORDER AUTHORIZING DEBTORS TO BORROW MONEY FROM THE NEW JERSEY EMERGENCY RESCUE MORTGAGE ASSISTANCE ("ERMA") PROGRAM
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for Reginald and Naeemah Sainte-Rose, and on notice to the Chapter 13 Standing Trustee it is hereby:

ORDERED that

1. The Court authorizes the debtors to borrow the sum of $56,745.66 from the New Jersey Emergency Rescue Mortgage Assistance program and to grant a mortgage lien on their home at 777 Backhus Estate Road, Glen Gardner, New Jersey 08826-2203.

2. The Court finds that the debtors have completed all trustee payments under the plan and that no creditor will be adversely affected by the relief granted in this order.

3. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.

–

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-25152-CMG |
| Reginald Sainte-Rose | Chapter 13 |
| Naeemah Sainte-Rose | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Reginald Sainte-Rose, Naeemah Sainte-Rose, 777 Backhus Estate Road, Glen Gardner, NJ 08826-2203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 18, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC, c/o Cenlar FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 16, 2023 | Form ID: pdf903 | Total Noticed: 1

Kevin Gordon McDonald
    on behalf of Creditor LakeView Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor Lakeview Loan Servicing  LLC, c/o Cenlar FSB dnj@pbslaw.org

William S. Wolfson
    on behalf of Joint Debtor Naeemah Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

William S. Wolfson
    on behalf of Debtor Reginald Sainte-Rose wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 11